UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No: 3:17-CR-00155-L |
| § | |
| JAMSHID NORYIAN (01) § | |
| DEHSHID NOURIAN (02) § | |
| CHRISTOPHER RYDBERG (03) § | |
| MICHAEL TABA (07) | |

## ORDER RESETTING TRIAL

As the court granted Defendants' oral and written requests for mistrial in its Memorandum Opinion and Order (Doc. 512), filed December 19, 2022, it hereby **resets** this case for trial on **Monday, September 11, 2023, at 9:00 a.m.** Because the trial in this case was in full progress before a mistrial was granted, the court sees no need for further motions or pretrial filings, and no further filings will be permitted without leave of court. The court will schedule a pretrial conference prior to jury selection by separate order.

**It is so ordered** this 20th day of December, 2022.

Sam A. Lindsay
United States District Judge

Order Resetting Trial – Solo page