UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No: 3:17-CR-00155-L |
| | § | |
| JAMSHID NORYIAN (01) | § | |
| DEHSHID NOURIAN (02) | § | |
| CHRISTOPHER RYDBERG (03) | § | |
| MICHAEL TABA (07) | | |

## AMENDED ORDER RESETTING TRIAL

As the court granted Defendants' oral and written requests for mistrial in its Memorandum Opinion and Order (Doc. 512), filed December 19, 2022, it hereby **resets** this case for trial on **Monday, September 11, 2023, at 9:00 a.m.** Because the trial in this case was in full progress before a mistrial was granted, the court sees no need for further motions or pretrial filings, and no further filings will be permitted without leave of court. The court will schedule a pretrial conference prior to jury selection by separate order.

The court finds that, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the ends of justice served by resetting this case outweigh the best interest of the public and Defendants in a speedy trial. In this regard, the court has considered that resetting this trial to an earlier date would deny counsel for Defendants, especially Defendant Dehshid Nourian who will be retaining new counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and complexity of the case. Therefore, any period of delay resulting from the court's resetting of this trial, in light of the mistrial, shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161.

**It is so ordered** this 22nd day of December, 2022.

                                                Sam A. Lindsay
                                                United States District Judge