UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No: 3:17-CR-155-L |
| | § | |
| DEHSHID NOURIAN (02) | § | |

### NOTICE OF APPEARANCE OF THOMAS M. MELSHEIMER AS LEAD COUNSEL

Notice is hereby given that Thomas M. Melsheimer of Winston & Strawn, LLP is entering his appearance as lead counsel for Defendant Dehshid Nourian in all further proceedings in this cause of action and requests that all future notices from the Court, copies and pleadings sent to the parties be sent to him at the following address:

Thomas M. Melsheimer
tmelsheimer@winston.com
Winston & Strawn, LLP
2121 N. Pearl Street, Ste. 900
Dallas, Texas 75201
(214) 453-6500 (telephone)
(214) 453-6400 (facsimile)

Dated: January 11, 2023                                      Respectfully submitted,

**WINSTON & STRAWN LLP**

*/s/ Thomas M. Melsheimer*
**Thomas M. Melsheimer**
Texas Bar No. 13922550
tmelsheimer@winston.com
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Fax: (214) 453-6400

**COUNSEL FOR DEFENDANT DEHSHID NOURIAN**

## CERTIFICATE OF SERVICE

I certify that on January 11, 2023, I served upon all counsel of record a true and correct copy of this motion by filing it with the Court's CM/ECF system.

*/s/ Thomas M. Melsheimer*
Thomas M. Melsheimer