# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No: 3:17-CR-155-L |
| | § | |
| DEHSHID NOURIAN (02) | § | |

## NOTICE OF APPEARANCE OF SCOTT C. THOMAS

Notice is hereby given that Scott C. Thomas of Winston & Strawn, LLP is entering his appearance as counsel for Defendant Dehshid Nourian in all further proceedings in this cause of action and requests that all future notices from the Court, copies and pleadings sent to the parties be sent to him at the following address:

Scott C. Thomas
scthomas@winston.com
Winston & Strawn, LLP
2121 N. Pearl Street, Ste. 900
Dallas, Texas 75201
(214) 453-6500 (telephone)
(214) 453-6400 (facsimile)

Dated: January 11, 2023                                  Respectfully submitted,

                                                         **WINSTON & STRAWN LLP**

                                                         */s/ Scott C. Thomas*
                                                         **Scott C. Thomas**
                                                         Texas Bar No. 24046964
                                                         scthomas@winston.com
                                                         2121 N. Pearl St., Suite 900
                                                         Dallas, TX 75201
                                                         Telephone: (214) 453-6500
                                                         Fax: (214) 453-6400

                                                         **COUNSEL FOR DEFENDANT DEHSHID NOURIAN**

## CERTIFICATE OF SERVICE

I certify that on January 11, 2023, I served upon all counsel of record a true and correct copy of this motion by filing it with the Court's CM/ECF system.

                                                         */s/ Scott C. Thomas*
                                                         Scott C. Thomas