UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No: 3:17-CR-155-L |
| | § | |
| DEHSHID NOURIAN (02) | § | |

### NOTICE OF APPEARANCE OF ALEX C. WOLENS

Notice is hereby given that Alex C. Wolens of Winston & Strawn, LLP is entering her appearance as counsel for Defendant Dehshid Nourian in all further proceedings in this cause of action and requests that all future notices from the Court, copies and pleadings sent to the parties be sent to her at the following address:

Alex C. Wolens
awolens@winston.com
Winston & Strawn, LLP
2121 N. Pearl Street, Ste. 900
Dallas, Texas 75201
(214) 453-6500 (telephone)
(214) 453-6400 (facsimile)

Dated: January 11, 2023

Respectfully submitted,

**WINSTON & STRAWN LLP**

*/s/ Alex C. Wolens*
**Alex C. Wolens**
Texas Bar No. 24110546
awolens@winston.com
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Fax: (214) 453-6400

**COUNSEL FOR DEFENDANT DEHSHID NOURIAN**

## CERTIFICATE OF SERVICE

I certify that on January 11, 2023, I served upon all counsel of record a true and correct copy of this motion by filing it with the Court's CM/ECF system.

*/s/ Alex C. Wolens*
Alex C. Wolens