IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | Case No. 17-CR-155-L |
| | § | |
| CHRISTOPHER RYDBERG (03) | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**CHRISTOPHER RYDBERG'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

Mr. Rydberg, a defendant in the above-styled case, moves the Court to substitute Andrew O. Wirmani as counsel of record on his behalf and to permit current counsel, Barry J. Sorrels and Stephanie Luce Ola, to withdraw from the case. In support, he shows as follows.

Mr. Rydberg has retained Andrew O. Wirmani of Reese Marketos LLP to represent him in this matter. Mr. Wirmani is aware of the September 11, 2023 trial date in this case and does not anticipate any need to file a motion to continue. Mr. Rydberg desires to have current counsel, Barry J. Sorrels and Stephanie Luce Ola, withdraw from this case and to substitute Mr. Wirmani as lead counsel in all further proceedings in this matter. Mr. Rydberg requests that all future notices from the Court, copies, and pleadings sent to the parties be sent to him at the following address:

Andrew O. Wirmani
andrew.wirmani@rm-firm.com
Reese Marketos LLP
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile

### CONCLUSION

For the reasons above, good cause exists for the Court to permit current counsel of record to withdraw from the case and to substitute Andrew O. Wirmani as counsel of record, and Mr. Rydberg moves the Court accordingly.

March 10, 2023                              Respectfully submitted,

                                           **REESE MARKETOS LLP**


                                           By: _/s/ Andrew O. Wirmani_
                                                 Andrew O. Wirmani
                                                 Texas Bar No. 24052287
                                                 andrew.wirmani@rm-firm.com
                                                 750 N. Saint Paul St., Suite 600
                                                 Dallas, Texas 75201-3201
                                                 214.382.9810 telephone
                                                 214.501.0731 facsimile

### <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that on March 9, 2023, I conferred with Mr. Rydberg's and the government's counsel regarding this motion to substitute counsel. Mr. Rydberg's counsel indicated that Mr. Rydberg was unopposed to this motion. The government indicated that it was unopposed to this motion provided that Mr. Rydberg does not seek to continue the current trial setting.


                                           By: _/s/ Andrew O. Wirmani_
                                                 Andrew O. Wirmani


### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2023, a true and correct copy of this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.


                                           By: _/s/ Andrew O. Wirmani_
                                                 Andrew O. Wirmani

**Defendant's Motion to Substitute Counsel - Page 3 of 3**