IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:17-CR-155-L |
| | § | |
| CHRISTOPHER RYDBERG (03) | § | |

## ORDER

Before the court is Defendant Christopher Rydberg's Unopposed Motion to Substitute Counsel ("Motion) (Doc. 522), filed March 10, 2023.  Counsel of record, Mr. Barry J. Sorrels and Ms. Stephanie Luce Ola, are not opposed to the motion.  After consideration, the court **grants** the Motion.  Accordingly, the court allows Mr. Barry J. Sorrels and Ms. Stephanie Luce Ola to withdraw as counsel for Defendant Christopher Rydberg, and they are relieved of any further obligation to or representation of Defendant in this case.  Mr. Andrew O. Wirmani is hereby substituted as new counsel for Defendant Christopher Rydberg.

**It is so ordered** this 17th day of March, 2023.

Sam A. Lindsay
United States District Judge