UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | NO. 3:17-CR-00155-L |
| | § | |
| JAMSHID NORYIAN (1) | § | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Dan Cogdell, of the Cogdell Law Firm, PLLC and files this Notice of Appearance of Counsel for Jamshid Noryian, who is the Defendant in this case. All communications from the Court or counsel regarding this case shall be sent to the undersigned, in addition to Noryian's current counsel: Jeff A. Kearney and Catherine Stanley. If the undersigned counsel has a change of address, phone, fax or email, Counsel shall notify the Court and respective counsel of such changes in a timely manner.

Respectfully submitted,

**COGDELL LAW FIRM, PLLC**

*/s/ Dan L. Cogdell*
Dan L. Cogdell
TBN: 04501500
1000 Main Street
Suite 2300
Houston, Texas 77002
Telephone: (713) 426-2244
Facsimile: (713) 426-2255
dan@cogdell-law.com

## CERTIFICATE OF SERVICE

I filed a true and correct copy of the foregoing document with the Court's ECF system on April 3, 2023, and electronic notification was sent to the attorney for the government.

                                          */s/ Dan L. Cogdell*
                                          Dan L. Cogdell