# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. 3:17-CR-155-L |
| § | |
| DEHSHID NOURIAN (02) § | |

## NOTICE OF APPEARANCE OF DION ROBBINS

Notice is hereby given that Dion Robbins of Winston & Strawn, LLP is entering his appearance as counsel for Defendant Dehshid Nourian in all further proceedings in this cause of action and requests that all future notices from the Court, copies and pleadings sent to the parties be sent to him at the following address:

Dion Robbins
drobbins@winston.com
Winston & Strawn, LLP
2121 N. Pearl Street, Ste. 900
Dallas, Texas 75201
(214) 453-6500 (telephone)
(214) 453-6400 (facsimile)

**NOTICE OF APPEARANCE** – Page 1

Dated: April 6, 2023					Respectfully submitted,

								**WINSTON & STRAWN LLP**

								*/s/ Dion Jared Robbins*
								Dion Jared Robbins
								Texas Bar No. 24114011
								drobbins@winston.com
								2121 N. Pearl St., Suite 900
								Dallas, TX 75201
								Telephone: (214) 453-6500
								Fax: (214) 453-6400

								**COUNSEL FOR DEFENDANT DEHSHID NOURIAN**

## CERTIFICATE OF SERVICE

I certify that on April 6, 2023, I served upon all counsel of record a true and correct copy of this motion by filing it with the Court's CM/ECF system.

								*/s/ Dion Jared Robbins*
								Dion Jared Robbins