# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMSHID NORYIAN (01)<br>  a.k.a. JAMES NORYIAN<br>DEHSHID NOURIAN (02)<br>  a.k.a. DAVID NOURIAN<br>CHRISTOPHER RYDBERG (03)<br>MICHAEL TABA (07) | CRIMINAL NO. 3:17-cr-155-L |

## MOTION TO WITHDRAW PHILIP D. RAY AS COUNSEL FOR DEFENDANT MICHAEL TABA (07)

TO THE HONORABLE JUDGE OF SAID COURT,

This Motion to Withdraw Counsel is brought by Philip D. Ray, attorney of record for Defendant MICHAEL TABA (07) and respectfully shows the following:

### I.   MOTION

1. Defendant Dr. Michael Taba was indicted on March 22, 2017, *see Docket 1*

2. The above-styled case was first tried on October 18, 2022, *see Docket 463*, and lasted only a few weeks before a mistrial was declared. It is now set for a re-trial starting on September 11, 2023.

3. Defendant had prior counsel.

4. Mr. Ray entered an appearance initially as local counsel and then on behalf of Defendant Dr. Michael Taba on June 18, 2022, as second chair counsel.

5. Less than two weeks before the trial began, prior counsel was conflicted out, *see Docket 437*. Attorney Jeffery King entered an appearance as second chair, *see Docket*

*415,* and Mr. Ray entered an appearance as lead counsel on October 12, 2022, *see Docket 434.*

6. There was no adjustment in compensation.

7. The Defendant has been unable to retain Mr. Ray at his Lead Counsel rate.

## II. CONCLUSION

This motion is not being filed for the purpose of delay but so that Defendant is allowed enough time to find different representation or apply for CJA funding, whichever is appropriate for his financial circumstances.

FOR THE REASONS ABOVE, Counsel for Defendant Taba prays that the Court grant this motion for withdrawal of counsel.

Respectfully submitted,

/s/ Philip D. Ray
Philip D. Ray
SBN: 24033110
2770 Main St. #261
Frisco, Texas 75033
Office: 469-588-6770
Email: philipdraylaw@gmail.com
Attorney for Dr. Michael Taba

Defendant Dr. Michael Taba
1705 Ohio Dr., Suite 200
Plano, Texas 75093
(214) 475-1247

MOTION TO WITHDRAW PHILIP D. RAY AS COUNSEL FOR DEFENDANT MICHAEL TABA

## CERTIFICATE OF CONFERENCE

I certify that I conferred with the AUSA and they are unopposed to the granting of this motion to withdraw on the condition that no continuance is sought by Dr. Taba based on the withdrawal.

/s/ Philip D. Ray
Philip D. Ray

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via ECF system of the United States District Court upon all parties of record on May 17th, 2023.

/s/ Philip D. Ray
Philip D. Ray