**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**JAMSHID NORYIAN (01)**
  **a.k.a. JAMES NORYIAN**
**DEHSHID NOURIAN (02)**              **CRIMINAL NO. 3:17-cr-155-L**
  **a.k.a. DAVID NOURIAN**
**CHRISTOPHER RYDBERG (03)**
**MICHAEL TABA (07)**

## ORDER ON DEFENDANT'S MOTION TO WITHDRAW PHILIP D. RAY AS COUNSEL FOR DEFENDANT MICHAEL TABA (07)

After having considered this motion, the Court is of the opinion that the motion

should be GRANTED.

IT IS THEREFORE ORDERED that Philip D Ray is hereby withdrawn a counsel

of record from representing Defendant Dr. Michael Taba in this case.

SIGNED AND ENTERED this _____ of _____, 2023.


_____
Honorable Judge Presiding