IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:17-CR-155-L |
| | § | |
| MICHAEL TABA (07) | § | |

## ORDER OF REFERENCE

Before the court is defense counsel's Motion to Withdraw Philip D. Ray as Counsel for Defendant Michael Taba ("Motion") (Doc. 526), filed May 17, 2023. Pursuant to 28 U.S.C. § 636(b), the Motion is hereby **referred** to United States Magistrate Judge **Renee Harris Toliver** for hearing, if necessary, and determination. *The court requests expedited consideration, as the trial date for this complex and multi-defendant case is September 11, 2023, which is expected to last approximately six weeks.*

**It is so ordered** this 18th day of May, 2023.

_[signature]_
Sam A. Lindsay
United States District Judge

Order - Solo Page