IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMSHID NORYIAN (01)<br>  a.k.a. JAMES NORYIAN<br>DEHSHID NOURIAN (02)<br>  a.k.a. DAVID NOURIAN<br>CHRISTOPHER RYDBERG (03)<br>MICHAEL TABA (07) | CRIMINAL NO. 3:17-cr-155-L |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHAEL TABA (07)**

TO THE HONORABLE JUDGE OF SAID COURT,

This Motion to Withdraw Counsel is brought by Jeffery King, attorney of record for Defendant MICHAEL TABA (07) and respectfully shows the following:

### I.   MOTION

1. Defendant Dr. Michael Taba was indicted on March 22, 2017 (ECF 1).

2. Undersigned counsel entered a Notice of Appearance (designation: retained) on October 5, 2022 (ECF 415).

3. The above-styled case was first tried on October 18, 2022 (ECF 463), and lasted only a few weeks before the Court granted a mistrial (ECF 512). The re-trial is scheduled to start on September 11, 2023 (ECF 513).

4. Defendant is unable to retain undersigned counsel for further representation under the representation agreement entered into by Defendant and counsel.

## II. CONCLUSION

This motion is not being filed for the purpose of delay but so that Defendant is allowed enough time to find different representation or apply for CJA funding, whichever is appropriate for his financial circumstances.

FOR THE REASONS ABOVE, Counsel for Defendant Taba prays that the Court grant this motion for withdrawal of counsel.

Respectfully submitted,

/s/ Jeff King
Jeffery C. King
SBN: 24038039
4925 Greenville Ave. Suite 200
Dallas, Texas 75206
Office: 469-588-6770
Email: jeff@jeffkinglaw.com
Attorney for Dr. Michael Taba

Defendant Dr. Michael Taba
1705 Ohio Dr., Suite 200
Plano, Texas 75093
(214) 475-1247

## CERTIFICATE OF CONFERENCE

I certify that I conferred with AUSA Ethan Womble and the government is unopposed to the granting of this motion to withdraw on the condition that no continuance is sought by Dr. Taba based on the withdrawal.

/s/ Jeff King
Jeffery C. King

MOTION TO WITHDRAW AS ATTORNEY

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served via ECF system of the United States District Court upon all parties of record on May 23, 2023.

                                                                             /s/  *Jeff King*
                                                                             Jeffery C. King