# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMSHID NORYIAN (01)<br>  a.k.a. JAMES NORYIAN<br>DEHSHID NOURIAN (02)<br>  a.k.a. DAVID NOURIAN<br>CHRISTOPHER RYDBERG (03)<br>MICHAEL TABA (07) | CRIMINAL NO. 3:17-cr-155-L |

## ORDER ON DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHAEL TABA (07)

After having considered this motion, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Jeffery C. King is hereby withdrawn a counsel of record from representing Defendant Dr. Michael Taba in this case.

SIGNED AND ENTERED this _____ of _____, 2023.

_____
Honorable Judge Presiding