UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:17-CR-155-L-07 |
| | § | |
| MICHAEL TABA, | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

COMES NOW, Michael Taba, defendant, and hereby moves the Court to withdraw Jeffrey King, attorney of record, and replace him with newly retained counsel, Erin Brennan. As grounds therefore, Mr. Taba states as follows:

1. Jeffrey King entered his appearance in the above-referenced case on October 5, 2022. Mr. King filed a motion to withdraw as attorney on May 23, 2023.

2. Erin Brennan was retained by Mr. Taba on May 23, 2023.

3. Mr. King is not opposed to the relief requested herein.

4. The government is not opposed to the relief requested herein.

WHEREFORE, Mr. Taba requests that the Court issue an order substituting Ms. Brennan for Mr. King.

1

Respectfully,

*/s/ Erin Brennan*
Erin Brennan
Texas Bar No. 24129239
Erin Brennan Law, PLLC
1920 McKinney Avenue, 7th Floor
Dallas, Texas 75201
214.810.2481
erin@erinbrennanlaw.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that on May 24, 2023, I conferred with Jeffrey King regarding this motion, and he stated that he was unopposed. I additionally conferred with the Assistant United States Attorney, Kelly Lyons, on May 25, 2023, and she indicated that the government is unopposed as well.

/s/ *Erin Brennan*
Erin Brennan

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2023, the foregoing motion was filed through the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ *Erin Brennan*
Erin Brennan