## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:17-CR-155-L-07 |
| | § | |
| MICHAEL TABA, | § | |
| | § | |
| Defendant | § | |

## ORDER

Before the Court is Movant Erin Brennan's Unopposed Motion to Substitute Counsel filed on May 25, 2023.

The motion has merit and is hereby GRANTED. Jeffrey King is relieved of any further obligations to the defendant, Michael Taba, and Erin Brennan is substituted in as counsel.

SO ORDERED.

Signed this _____ day of _____, 2023.

_____
HONORABLE SAM A. LINDSAY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS