UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:17-CR-155-L-07 |
| | § | |
| MICHAEL TABA, | § | |
| | § | |
| Defendant | § | |

### ENTRY OF APPEARANCE OF COUNSEL

COMES NOW, Erin Brennan, attorney for Michael Taba, defendant, and hereby enters her appearance as retained counsel in the above-referenced case.

Respectfully,

*/s/ Erin Brennan*
Erin Brennan
Texas Bar No. 24129239
Erin Brennan Law, PLLC
1920 McKinney Avenue, 7th Floor
Dallas, Texas 75201
214.810.2481
erin@erinbrennanlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023, the foregoing motion was filed through the Court's CM/ECF system, thereby providing service on attorneys of record.

*/s/ Erin Brennan*
Erin Brennan

1