UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:17-CR-155-L-07 |
| | § | |
| MICHAEL TABA, | § | |
| | § | |
| Defendant | § | |

## ORDER

Before the Court is Movant Steven Wells' *Pro Hac Vice* application filed on May 25, 2023.

The motion has merit and is hereby GRANTED. Steven Wells is hereby admitted *Pro Hac Vice* to appear in the Northern District of Texas for the above-referenced cause number.

SO ORDERED.

Signed this _____ day of _____, 2023.

_____
HONORABLE SAM A. LINDSAY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS