IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:17-CR-155-L |
| | § | |
| MICHAEL TABA (07) | § | |

### ORDER

On May 18, 2023, the court referred defense counsel Mr. Philip D. Ray's Motion to Withdraw as Counsel for Defendant Michael Taba ("Motion") (Doc. 526), filed May 17, 2023, to Magistrate Judge Renee Harris Toliver for hearing, if necessary, and determination. On March 23, 2023, defense counsel Jeffery King filed a Motion to Withdraw as Counsel for Defendant Michael Taba ("Second Motion") (Doc. 528). On May 25, 2023, Defendant filed an Unopposed Motion to Substitute Counsel for Defendant Michael Taba ("Third Motion") (Doc. 529). Defendant requests that the court substitute Ms. Erin Brennan as newly-retained counsel for him. The Government is not opposed to the substitution of new counsel for Defendant Taba.

Accordingly, the court **vacates** its order of reference referring the Motion to Magistrate Judge Toliver (Doc. No. 527); **grants** the Motion; **grants** the Second Motion, and Messrs. Philip D. Ray, and Jeffery King are hereby relieved of any further obligation to or representation of Defendant Michael Taba in this case; **grants** the Third Motion and **substitutes** Ms. Erin Brennan as counsel of record for Defendant Michael Taba.

**It is so ordered** this 26th day of May, 2023.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order - Page 2