IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMSHID NORYIAN (1), ET. AL, | NO.  3:17-CR-155-L |

### NOTICE OF SUBSTITUTION OF COUNSEL FOR USA FOR FORFEITURE MATTERS

Please take notice that the undersigned Assistant United States Attorney has been designated as counsel in substitution for Travis Elder, Assistant United States Attorney, in this cause.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney
Florida Bar No. 693334
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
Telephone: 214-659-8650
Facsimile: 214-659-8803
Dimitri.Rocha@usdoj.gov

**Notice of Substitution of Counsel – Page 1**

## CERTIFICATE OF SERVICE

I certify that on June 14, 2023, I electronically filed this document with the Clerk for the United States District Court, Northern District of Texas, using the electronic case filing ("ECF") system. The ECF system will send a "Notice of Electronic Filing" to all parties/counsel for record who have consented in writing to accept the Notice as service of this document by electronic means.

/s/ Dimitri N. Rocha
DIMITRI N. ROCHA
Assistant United States Attorney