IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMSHID NORYIAN (01)<br>a.k.a. JAMES NORYIAN<br>DEHSHID NOURIAN (02)<br>a.k.a. DAVID NOURIAN<br>CHRISTOPHER RYDBERG (03)<br>MICHAEL TABA (07) | Case No. 3:17-CR-00155-L |

## NOTICE OF APPEARANCE FOR THE UNITED STATES OF AMERICA

The United States of America, by and through the Attorney for the United States, and the undersigned Trial Attorney in the Fraud Section of the Criminal Division of the United States Department of Justice, hereby give notice of the undersigned's appearance on behalf of the United States as counsel in this matter.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Edward E. Emokpae*
Edward E. Emokpae
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
Maryland State Bar. No. 1312170262
1400 New York Ave, NW
Washington, D.C. 20530
Phone: (202) 875-1551
Edward.Emokpae@usdoj.gov

**Notice of Appearance as Co-Counsel Page 1**

## CERTIFICATE OF SERVICE

I certify that on June 15, 2023, I electronically filed this Notice of Appearance with the Clerk of Court for the United States District Court, Northern District of Texas using the CM/ECF system.

*/s/ Edward E. Emokpae*
Edward E. Emokpae
Trial Attorney
