IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JAMSHID NORYIAN (01) <br>  a.k.a. JAMES NORYIAN <br> DEHSHID NOURIAN (02) <br>  a.k.a. DAVID NOURIAN <br> CHRISTOPHER RYDBERG (03) <br> MICHAEL TABA (07) | CRIMINAL NO. 3:17-cr-155-L |

### JOINT NOTICE OF AVAILABILITY FOR A PRETRIAL CONFERENCE

The United States of America and counsel for Defendants James Noryian, David Nourian, Christopher Rydberg, and Michael Taba, hereby jointly notify the Court that the Parties are available for a pretrial conference in this matter on September 7, 2023. Pursuant to the Court's Order, *see* Dkt. 537, the Parties conferred, and September 7, 2023, is the only date all of the Parties are available.

(continued on the next page)

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION


*/s/ Ethan Womble*
Ethan Womble
Edward E. Emokpae
ATTORNEYS FOR THE UNITED STATES


*/s/ Jeff Kearney*
Jeff Kearney
Catherine Stanley
ATTORNEYS FOR DEFENDANT JAMES NORYIAN


*/s/ Thomas M. Melsheimer*
Thomas M. Melsheimer
Scott C. Thomas
ATTORNEYS FOR DEFENDANT DEHSHID NOURIAN


*/s/ Andrew O. Wirmani*
Andrew O. Wirmani
ATTORNEY FOR DEFENDANT CHRISTOPHER RYDBERG


*/s/ Erin Brennan*
Erin Brennan
Steven M. Wells
ATTORNEYS FOR DEFENDANT MICHAEL TABA