IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMSHID NORYIAN (01)<br>  a.k.a. JAMES NORYIAN<br>DEHSHID NOURIAN (02)<br>  a.k.a. DAVID NOURIAN<br>CHRISTOPHER RYDBERG (03)<br>MICHAEL TABA (07) | CRIMINAL NO. 3:17-cr-155-L |

## NOTICE OF APPEARANCE FOR THE UNITED STATES OF AMERICA

The United States of America files this Notice of Appearance, designating Alexander Thor Pogozelski, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, as co-counsel for the United States in this matter. The United States requests that all notices relating to this case be sent to the undersigned.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION

*/s/ Alexander Thor Pogozelski*
ALEXANDER THOR POGOZELSKI
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
(202) 510-2208
Alexander.Pogozelski@usdoj.gov