## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CAUSE NO. 3:17-CR-155-L** |
| | § | |
| | § | |
| | § | |
| **MICHAEL TABA (07)** | § | |

## DR. MICHAEL TABA'S AMENDED EXHIBIT LIST

Pursuant to Rule 16.1(2) of the Local Rules for the Northern District of Texas and the Scheduling Order entered by the Court, Dr. Michael Taba, defendant, submits the following amended exhibit list that may be used in his defense at trial, exclusive of impeachment and rebuttal exhibits. Defendant adopts all government and co-defendant exhibits filed in this case, subject to and without waiving challenges to admissibility. Dr. Taba reserves the right to amend or supplement this Exhibit List, subject to the Court's rulings.

| Exhibit No. | Date Offered | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Standard Operating Policies and Procedures- Dr. Michael Taba Advanced Orthopedics |
| 2 | | | | Policies and Procedures re: HIPAA – Advanced Orthopedics |
| 3 | | | | Employee Contracts at Advanced Orthopedics |
| 4 | | | | Preoperative and Postoperative Instructions – Advanced Orthopedics |
| 5 | | | | Letter from Dr. Michael Taba to Home Health Services dated October 23, 2013 |
| 6 | | | | Intra-office Email from Dr. Taba dated October 25, 2014 |

| 7 | | | | "DO NOT FILL" Patient List- Advanced Orthopedics. |
|---|---|---|---|---|
| 8 | | | | Compounding Protocol by Melissa Driver |
| 9 | | | | Patient DJ Medical Chart |
| 10 | | | | Patient DS Medical Chart |
| 11 | | | | Patient RC Medical Chart |
| 12 | | | | Patient LB Medical Chart |
| 13 | | | | Patient JA Medical Chart |
| 14 | | | | Patient CM Medical Chart |
| 15 | | | | Patient EH Medical Chart |
| 16 | | | | Patient MD Medical Chart |
| 17 | | | | Patient TS Medical Chart |
| 18 | | | | Patient JK Medical Chart |
| 19 | | | | Patient DJ.2 Medical Chart |
| 20 | | | | Patient EM Medical Chart |
| 21 | | | | Patient JJ Medical Chart |
| 22 | | | | Patient LH Medical Chart |
| 23 | | | | Patient AR Medical Chart |
| 24 | | | | Patient YB Medical Chart |
| 25 | | | | Patient RS Medical Chart |
| 26 | | | | Patient LF Medical Chart |
| 27 | | | | Patient AD Medical Chart |

| 28 | | | | Patient JJ.2 Medical Chart |
|----|--|--|--|---|
| 29 | | | | Patient JS Medical Chart |
| 30 | | | | Patient IP Medical Chart |
| 31 | | | | Patient LM Medical Chart |
| 32 | | | | Patient KC Medical Chart |
| 33 | | | | Patient LP Medical Chart |
| 34 | | | | Patient SB Medical Chart |
| 35 | | | | Patient EL Medical Chart |
| 36 | | | | Patient SR Medical Chart |
| 37 | | | | Patient KR Medical Chart |
| 38 | | | | Patient AM Medical Chart |
| 39 | | | | Patient NB Medical Chart |
| 40 | | | | Patient SR Medical Chart |
| 41 | | | | Patient LO Medical Chart |
| 42 | | | | Patient IS Medical Chart |
| 43 | | | | Patient BE Medical Chart |
| 44 | | | | Patient RM Medical Chart |
| 45 | | | | Patient MM Medical Chart |
| 46 | | | | Patient EG Medical Chart |
| 47 | | | | Patient RF Medical Chart |
| 48 | | | | Patient JA Medical Chart |

| 49 | | | | | Patient PS Medical Chart |
|----|---|---|---|---|--------------------------|
| 50 | | | | | Patient BO Medical Chart |
| 51 | | | | | Patient CO Medical Chart |
| 52 | | | | | Patient LP Medical Chart |
| 53 | | | | | Patient AC Medical Chart |
| 54 | | | | | Patient LC Medical Chart |
| 55 | | | | | Patient CC Medical Chart |
| 56 | | | | | Patient AC Medical Chart |
| 57 | | | | | Photographs of Taba Residence requiring construction |
| 58 | | | | | Invoices for Home Construction- from Queen Shiva LLC- April and August 2016 |
| 59 | | | | | Invoices for Office Remodeling/Construction |
| 60 | | | | | Invoice date August 15, 2016 for office remodeling  in the amount of $136,747.71 |
| 61 | | | | | Invoice from David McDonald for Office Construction |
| 62 | | | | | Check #1884 from Dr. Taba to Queen Shiva payment for Office remodeling in the amount of 15,780.82 |
| 63 | | | | | Check #8836 from Dr. Taba to Queen Shiva in the amount of $56,732.00 |
| 64 | | | | | Check #1856 from Dr. Taba to Queen Shiva in the amount of $96,469.80 for Office Construction |
| 65 | | | | | Check #1950 from Dr. Taba to Queen Shiva for $24,498.71 dated November 17, 2016 |
| 66 | | | | | Composite Checks to Bluefin Consulting from Dr. Taba Check Numbers 1871, 1615, 1848, 1876 |
| 67 | | | | | Certified copy of Civil Judgment in Cruz v. Taba |
| 68 | | | | | Certified copy of appellate bond- Cruz v. Taba |

| | | | | | |
|---|---|---|---|---|---|
| 69 | | | | | April 21, 2014 Settlement communication Mesches to Branson in Cruz v. Taba |
| 70 | | | | | Email communications between Dr. Taba and Raymund King |
| 71 | | | | | Bank letter dated May 23, 2016 from Bancorpsouth |
| 72 | | | | | Promissory Note signed by Taba dated July 1, 2014 |
| 73 | | | | | Certified Letter to Sheri Mofid and Leyla Norian |
| 74 | | | | | Cashier Check dated August 8, 2014 by Sherri Mofid in the amount of $100,000 |
| 75 | | | | | Cashier's check by Sherri Mofid dated September 8, 2014 in the amount of $90,000 |
| 76 | | | | | Cashier's check from Sherri Mofid "Not used for Purpose Intended" Gov_00026077-78 |
| 77 | | | | | Cashier's Check by Sherri Mofid on September 8, 2014 in the amount of $200,000 |
| 78 | | | | | Cashier's check on October 5, 2014 by Christopher Rydberg from Sherri Mofid account in the amount of $150,000 |
| 79 | | | | | Cashier's check on November 17, 2014 by Christopher Rydberg in the amount of $70,000. |
| 80 | | | | | Cashier's check on December 3, 2014 by Christopher Rydberg from Sherri Mofid account in the amount of $126,600. |
| 81 | | | | | Cashier Check dated February 21, 2015 by Leyla Noryian in the amount of $258,000 |
| 82 | | | | | Document sent by Imtiaz Uddin reflecting 2015 interest payments on the $804,600 loan |
| 83 | | | | | Check #8659 in the amount of $50,000 from Dr. Taba to Sherri Mofid on June 1, 2016 |
| 84 | | | | | Check #8506 in the amount of $50,000 from Dr. Taba to Sherri Mofid on November 11, 2015 for "Repayment of Loan". |
| 85 | | | | | Check #8848 in the amount on January 9, 2017-lump sum payment |
| 86 | | | | | Letter attached to email regarding repayment of all the loan plus interest from Dr. Taba to Mofid and Leyla Noryian |
| 87 | | | | | Order forms for Employees of Pharmacies for Compounding Cream, Scar Gel, etc. |

| | | | | |
|---|---|---|---|---|
| 88 | | | | Fraudulent prescriptions, as Prescription Refills and as Modified Order Forms |
| 89 | | | | Prescriptions authorized by Dr. Taba |
| 90 | | | | Compounding Cream Orders sent to Apothecary by Advanced Orthopedics |
| 91 | | | | Letter from OWCP to KR, dated 8-31-16 |
| 92 | | | | Letter from OWCP to BE, dated 8-31-16 |
| 93 | | | | Email Communications dated 12/2014 between Jesse Dresser and Ali Alavi, Christopher Rydberg |
| 94 | | | | Email communications between Melissa Driver and Robert Van Gieson |
| 95 | | | | Email Communications between Dr. Taba and Melissa Driver |
| 96 | | | | Intra office email communications- General Advanced Orthopedics |
| 97 | | | | Email Communications between Melissa Driver and Ability Pharmacy Personnel |
| 98 | | | | Email From Sharnece Pratt to Melissa St. Clair July 22, 2014 |
| 99 | | | | Intra-office emails from Peggy Packard |
| 100 | | | | Facsimile transmissions from Melissa Driver to "James" Noryian |
| 101 | | | | Intraoffice memos and notes- Pharmacies |
| 102 | | | | Handwritten notes from Pharmacies-5-2300014-84 |
| 103 | | | | Recording of June 28, 2016 between James Noryian and Rey Morena |
| 104 | | | | Intraoffice memos and notes- Advanced Orthopedics |
| 105 | | | | Advanced Orthopedics Clinic Schedule December 2014 |
| 106 | | | | Advanced Orthopedics Surgery Schedules forwarded by Melissa Driver to James Noryian |
| 107 | | | | Billing Records by Megan Marines, Mona Guadian, and Carlos Lopez September 2014 |
| 108 | | | | Note from Mona Guadian to James Noryian "$$moneyteam$$" |

| 109 | | | | CV – Dr. David Lewis |
|-----|--|--|--|----------------------|
| 110 | | | | Compounding Cream Journal Articles |
| 111 | | | | Voltaren Gel Insert- Drug insert |
| 112 | | | | CV- Dr. Neal Small |
| 113 | | | | CV- Dr. Daniel Buffington |
| 114 | | | | CV -Bart Baggett |
| 115 | | | | Revision Bulletin- Pharmaceutical Compounding Non Sterile Preparations |
| 116 | | | | Topical Compound Components- 1-4916 |
| 117 | | | | Handwritten Notes for Calling on Refills- 1-4920 |
| 118 | | | | Instructional Handwritten and Typed Notes on filling out Rx  1-4927, 1-5515-16, |
| 119 | | | | Plea Agreement, Kevin Williams |
| 120 | | | | Factual Resume, Kevin Williams |
| 121 | | | | Plea Agreement Supplement, Kevin Williams |
| 122 | | | | Facsimile transmissions from Judy Bachman to Melissa Driver 1-5484, 2-1554 |
| 123 | | | | Handwritten Notes by Latosha Morgan- 66449-66455 |
| 124 | | | | Reserved |
| 125 | | | | Reserved |
| 126 | | | | Reserved |
| 127 | | | | Reserved |
| 128 | | | | Reserved |
| 129 | | | | Reserved |

| | | | | |
|---|---|---|---|---|
| 130 | | | | Reserved |
| 131 | | | | Reserved |
| 132 | | | | Reserved |
| 133 | | | | Reserved |
| 134 | | | | Reserved |
| 135 | | | | Reserved |
| 136 | | | | Reserved |
| 137 | | | | Reserved |
| 138 | | | | Memorandum of Interviews conducted by the government |
| 139 | | | | Bandoola Surgical Magnum Loans February 2015- October 2015 |
| 140 | | | | Email from Megan Marines to Williams May 2, 2016 |
| 141 | | | | Electronic Medical Records Work Flow Fax System |
| 142 | | | | Standard Operating Procedure Re: Refills of Prescriptions |
| 143 | | | | Dr. Taba's Office Billing for Health Care Services |
| 144 | | | | CVS CareMark Audit 1/9/2015 |
| 145 | | | | CVS CareMark Audit letter of 10/29/2014 |
| 146 | | | | Bank Records for Dr. Taba- personal |
| 147 | | | | Bank Records for Advanced Orthopedics |
| 148 | | | | Dr. Taba's Personal Income Tax Return - 2012 |
| 149 | | | | Dr. Taba's Personal Income Tax Return - 2013 |

| 150 | | | | Dr. Taba's Personal Income Tax Return - 2014 |
| 151 | | | | Dr. Taba's Personal Income Tax Return- 2015 |
| 152 | | | | Dr. Taba's Personal Income Tax Return- 2016 |
| 153 | | | | Dr. Taba's Personal Income Tax Return- 2017 |
| 154 | | | | Dr. Taba's Personal Income Tax Return - 2018 |
| 155 | | | | Advanced Orthopedics Income Tax Return -2012 |
| 156 | | | | Advanced Orthopedics Income Tax Return -2013 |
| 157 | | | | Advanced Orthopedics Income Tax Return -2014 |
| 158 | | | | Advanced Orthopedics Income Tax Return -2015 |
| 159 | | | | Advanced Orthopedics Income Tax Return -2016 |
| 160 | | | | Advanced Orthopedics Income Tax Return- 2017 |
| 161 | | | | Advanced Orthopedics Income Tax Return-2018 |
| 162 | | | | Reserved |
| 163 | | | | Reserved |
| 165 | | | | Reserved |

Respectfully,

*/s/ Erin Brennan*
Erin Brennan
Texas Bar No. 24129239
Erin Brennan Law, PLLC
1920 McKinney Avenue, 7th Floor
Dallas, Texas 75201
214.810.2481
erin@erinbrennanlaw.com

9

/s/ Steve Wells
Steve Wells
*Pro Hac Vice*
ABA #0010066
Steven M. Wells, P.C.
431 W. 7th Ave.
Suite 107
Anchorage, AK  99501
(907)279-3557
(907)279-3558 fax
steve@stevenmwellslaw.com

**CERTIFICATE OF SERVICE**

I, Erin Brennan, hereby certify that on August 16, 2023, I electronically filed the foregoing document using the ECF system of the United States District Court, Northern District of Texas. Pursuant to L. CRIM. R. 49.2(f), delivery of the automatically generated ECF notice constitutes service under FED. R. CRIM. P. 49(b) on the attorney(s) of record.

/s/ Erin Brennan
 ERIN BRENNAN