**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No: 3:17-CR-00155-L (2) |
| | § | |
| JAMSHID NORYIAN, et al. | § | |

**DAVID NOURIAN'S OBJECTIONS TO**
**THE GOVERNMENT'S EXHIBIT LIST**

Pursuant to the Court's Amended Criminal Trial Scheduling Order (Dkt. 540), Defendant David Nourian files the following objections to the Government's Exhibit List (Dkt. 564). Defendant Nourian reserves the right to adopt the objections of other parties. Defendant Nourian further reserves the right to amend or add to these objections based on testimony adduced at trial.

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| | 100s – Secretary of State Records | | |
| 101 | Ability Secretary of State Filings | | |
| 102 | Industrial and Family Secretary of State Flings | | |
| 103 | Park Row Pharmacy Secretary of State Filings | | |
| 104 | Bandoola Secretary of State Filings | | |
| 105 | HJLM Holding LLC Secretary of State Filings | | |
| 106 | Queen Shiva LLC Secretary of State Filings | | |
| 107 | Ace Queen LLC Secretary of State Filings | | |
| 108 | Ace King LLC Secretary of State Filings | | |
| 109 | Michael Taba M.D. Secretary of State Filings | | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| 110 | Magnum Surgical Products LLC Secretary of State Filings | | |
| 111 | Jade and Joy LLC Secretary of State Filings | | |
| 112 | Benson Injury Clinic P.A. Secretary of State Filings | | |
| 200s – Claims Data & Insurance Documents | | | |
| 201 | DOL Provider Enrollment Contract for Ability Pharmacy, Inc. | | |
| 202 | CVS Caremark Provider Enrollment Contract for Ability Pharmacy, Inc. | | |
| 204 | BCBS Employer Enrollment Apps for Ability Pharmacy | | |
| 205 | DOL Provider Enrollment Contract for Industrial and Family Pharmacy, LLC | | |
| 206 | CVS Caremark Provider Enrollment Contract for Industrial and Family, Inc. | | |
| 207 | DOL Provider Enrollment Contract for Park Row Pharmacy, LLC | | |
| 208 | CVS Caremark Provider Enrollment Contract for Park Row Pharmacy, LLC | | |
| 209 | DOL Provider Enrollment Contract and EFT for Michael Taba, M.D. | | |
| 210 | DOL Provider Enrollment Contract for Kevin Williams, MD | | |
| 211 | DOL Provider Enrollment Contract for Leslie Benson, M.D. | | |
| 212 | DOL Billing Data for Ability Pharmacy, Inc - DOL CERTIFIED | | |
| 213 | BCBS Billing Data for Ability Pharmacy Inc. and Industrial & Family Pharmacy, LLC | | |
| 214 | DOL Billing Data for Industrial & Family Pharmacy, LLC - DOL CERTIFIED | | |
| 215 | DOL Billing Data for Park Row Pharmacy, LLC - DOL CERTIFIED | | |
| 216 | BCBS Billing Data for Park Row Pharmacy, LLC | | |
| 217 | DOL Ability, IFP, and Park Row Third Party Billers | | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| 218 | Prime Therapeutics - ABILITY PHARMACY INC | | |
| 219 | Prime Therapeutics - PARK ROW PHARMACY | | |
| 220 | CVS Caremark Provider Manual - 2014 | | |
| 221 | CVS Caremark Amendment to Provider Manual - Nov-July 2014 | | |
| 222 | CVS Caremark Provider Manual - 2016 | | |
| 223 | Prime Therapeutics - Pharmacy Provider Manual - Q1 2015 | | |
| 224 | Prime Therapeutics - Pharmacy Provider Manual - Q3 2015 | | |
| 225 | Prime Therapeutics Provider Manual - 2015 | | |
| 226 | Optum Records | | |
| 227 | BCBS Small Group Business Proposal for Ability Pharmacy | | |
| 228 | DOL Remittance Voucher No. 364963 | | |
| 229 | DOL Remittance Voucher No. 382843 | | |
| 230 | DOL Remittance Voucher No. 428442 | | |
| 231 | DOL Remittance Voucher No. 445537 | | |
| 232 | DOL Remittance Voucher No. 676500 | | |
| 233 | DOL Remittance Voucher No. 694582 | | |
| 234 | DOL Remittance Voucher No. 712383 | | |
| 235 | DOL Remittance Voucher No. 730903 | | |
| 236 | DOL Remittance Voucher No. 748947 | | |
| 237 | DOL Remittance Voucher No. 189962 | | |
| 238 | DOL Remittance Voucher No. | | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| | 186260 | | |
| 239 | DOL Remittance Vouchers (Combined) | | |
| 300s - Prescriptions | | | |
| 301 | Dr. Michael Taba Prescriptions PART 1 of 3 | Hearsay (Rule 802) Authenticity (Rule 901) | |
| 302 | Dr. Michael Taba Prescriptions PART 2 of 3 | Hearsay (Rule 802) Authenticity (Rule 901) | |
| 303 | Dr. Michael Taba Prescriptions PART 3 of 3 | Hearsay (Rule 802) Authenticity (Rule 901) | |
| 304 | Dr. Kevin Williams Prescriptions | Hearsay (Rule 802) Authenticity (Rule 901) | |
| 305 | Dr. Leslie Benson Prescriptions | Hearsay (Rule 802) Authenticity (Rule 901) | |
| 306 | Nicolas Aguilar Prescriptions | Hearsay (Rule 802) Authenticity (Rule 901) | |
| 307 | Dr. Michael Taba Prescriptions - Physical Exhibit | Prejudice, Misleading (Rule 403) Hearsay (Rule 802) Authenticity (Rule 901) | |
| 308 | Dr. Kevin Williams Prescriptions - Physical Exhibit | Prejudice, Misleading (Rule 403) Hearsay (Rule 802) Authenticity (Rule 901) | |
| 309 | Dr. Leslie Benson Prescriptions - Physical Exhibit | Prejudice, Misleading (Rule 403) Hearsay (Rule 802) Authenticity (Rule 901) | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| 310 | Nicolas Aguilar Prescriptions - Physical Exhibit | Prejudice, Misleading (Rule 403)<br><br>Hearsay (Rule 802)<br><br>Authenticity (Rule 901) | |
| | **400s – Substantive Count Evidence** | | |
| 401 | Prescriptions for M.M. | Hearsay (Rule 802)<br><br>Authenticity (Rule 901) | |
| 402 | Blue Cross Blue Shield Billing Data Excerpt for M.M. | Prejudice, Misleading (Rule 403)<br><br>Hearsay (Rule 802)<br><br>Authenticity (Rule 901)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006) | |
| 403 | Blue Cross Blue Shield Billing Data Excerpt for M.M. | Prejudice, Misleading (Rule 403)<br><br>Hearsay (Rule 802)<br><br>Authenticity (Rule 901)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006) | |
| 404 | Prescriptions for A.G. | Hearsay (Rule 802)<br><br>Authenticity (Rule 901) | |
| 405 | Blue Cross Blue Shield Billing Data Excerpt for A.G. | Prejudice, Misleading (Rule 403)<br><br>Hearsay (Rule 802)<br><br>Authenticity (Rule 901)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative | |

5

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| | | (Rule 1006) | |
| 406 | Blue Cross Blue Shield Billing Data Excerpt for A.G. | Prejudice, Misleading (Rule 403)<br><br>Hearsay (Rule 802)<br><br>Authenticity (Rule 901)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006) | |
| 407 | Prescriptions for R.M. | Hearsay (Rule 802)<br><br>Authenticity (Rule 901) | |
| 408 | Blue Cross Blue Shield Billing Data Excerpt for R.M | Prejudice, Misleading (Rule 403)<br><br>Hearsay (Rule 802)<br><br>Authenticity (Rule 901)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006) | |
| 409 | Blue Cross Blue Shield Billing Data Excerpt for R.M | Prejudice, Misleading (Rule 403)<br><br>Hearsay (Rule 802)<br><br>Authenticity (Rule 901)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006) | |
| 410 | Prescriptions for M.C. | | |
| 411 | Benson Patient file for M.C. | | |
| 412 | Department of Labor Claims Data Excerpt for M.C. | | |
| 413 | Department of Labor Claims Data Excerpt for M.C. | | |
| 414 | Prescriptions for L.S. | | |
| 415 | Benson Patient File for L.S. | | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| | (Lumbar) | | |
| 416 | Benson Patient File for L.S. (Knee) | | |
| 417 | Department of Labor Claims Data Excerpt for L.S. | | |
| 418 | Department of Labor Claims Data Excerpt for L.S. | | |
| 419 | Prescriptions for R.C. | | |
| 420 | Taba Patient File for R.C. | | |
| 421 | Department of Labor Claims Data Excerpt for R.C. | | |
| 422 | Department of Labor Claims Data Excerpt for R.C. | | |
| 423 | Prescriptions for L.B. | | |
| 424 | Taba Patient File for L.B. | | |
| 425 | Department of Labor Claims Data Excerpt for L.B. | | |
| 426 | Department of Labor Claims Data Excerpt for L.B. | | |
| 427 | Prescriptions for J.A. | | |
| 428 | Taba Patient File for J.A. | | |
| 429 | Department of Labor Claims Excerpt for J.A. | | |
| 430 | Department of Labor Claims Excerpt for J.A. | | |
| | 500s – Bank Records | | |
| 501 | Wells Fargo Account Ending in 6919 held in the name of Sherri Mofid | | |
| 502 | Signature Card for Wells Fargo Account Ending in 6919 | | |
| 503 | September 8, 2014 Check from Sherri Mofid to Michael Taba for $10,000 | | |
| 504 | August 14, 2014 Cashier's Check from Sherri Mofid to Michael Taba for $100,000 | | |
| 505 | September 8, 2014 Cashier's Check Sherrif Mofid to Michael Taba for $90,000 | | |
| 506 | Scottrade Acct 1792 - Sherri Mofid | | |
| 507 | TD Ameritrade Acct 3760 - Sherri Mofid | | |
| 508 | Wells Fargo Acct 3649 - Sherri Mofid | | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| 509 | JPMC account ending in 0481 held in the name of Sherri Mofid | | |
| 510 | Scottrade Investment Account Ending in 1793 Held in the Name of Sherri Mofid | | |
| 511 | Signature Card for Scottrade Account Ending in 1793 | | |
| 512 | January 1-31, 2016 Statement for Scottrade Account Ending in 1793 | | |
| 513 | Chase Account Ending in 5614 held in the name of Michael Taba | | |
| 514 | Deposit Slip for $100,000 to Chase Account Ending in 5614 | | |
| 515 | Deposit Slip for $90,000 to Chase Account Ending in 5614 | | |
| 516 | Deposit Slip for $10,000 to Chase Account Ending in 5614 | | |
| 517 | Deposit Slip for $150,000 to Chase Account Ending in 5614 | | |
| 518 | Deposit Slip for $70,000 to Chase Account Ending in 5614 | | |
| 519 | Deposit Slip for $136,600 to Chase Account Ending in 5614 | | |
| 520 | Deposit Slip for $258,000 to Chase Account Ending in 5614 | | |
| 521 | Withdrawal Slip for $750,000 from Chase Account Ending in 5614 | | |
| 522 | November 11, 2015 Check from Michael Taba to Sherri Mofid for $50,000 ending in 5614 | | |
| 523 | Chase Account Ending in 2338 held in the name of Michael Taba | | |
| 524 | Signature Card for Chase Account Ending in 2338 | | |
| 525 | JPMChase Acct 4105 - Michael Taba | | |
| 526 | JPMChase Acct 9472 - Michael Taba | | |
| 527 | Wells Fargo Account Ending in 9217 held in the Name of Christopher J. Rydberg | | |
| 528 | Signature Card for Wells Fargo Account Ending in 9217 | | |
| 529 | October 15, 2014 Cashier's Check from Christopher J. Rydberg to Michael Taba for $150,000 | | |

8

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| 530 | July 8, 2015 Cashier's Check from Christopher J. Rydberg to Magnum Surgical Products (Kevin Williams) for $279,000 | | |
| 531 | Wells Fargo Account Ending in 7909 Held in the Name of Restaurant & Associates, Inc. | | |
| 532 | Signature Card for Wells Fargo Account Ending in 7909 | | |
| 533 | November 17, 2014 Cashier's Check from Christopher Rydberg to Michael Taba for $70,000 | | |
| 534 | Wells Fargo Account Ending in 8897 Held in the Name of Bandoola Pharmaceutical, LLC | | |
| 535 | Signature Card for Wells Fargo Account Ending in 8897 | | |
| 536 | Withdrawal Slip for $136,630 from Wells Fargo Account Ending in 8897 | | |
| 537 | February 16, 2016 Check from Bandoola Pharmaceutical to Magnum Surgical Products (Kevin Williams) for $125,000 | | |
| 538 | Withdrawal Slip for $381,000 from Wells Fargo Account Ending in 8897 | | |
| 539 | Withdrawal Slip for $560,000 from Wells Fargo Account Ending in 8897 | | |
| 540 | September 21, 2015 Check from Bandoola Pharmaceutical to Magnum Surgical Products (Kevin Williams) for $219,000 | | |
| 541 | Withdrawal Slip for $309,010 from Wells Fargo Account Ending in 8897 | | |
| 542 | April 22, 2015 Check to Nicolas Aguilar for $10,000 | | |
| 543 | December 2, 2015 Check to Nicolas Aguilar for $10,000 | | |
| 544 | Chase Account Ending in 6653 Held in the Name of Dr. Leyla Nourian | | |
| 545 | Signature Card for Chase Account Ending in 6653 | | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| 546 | Withdrawal Slip for $108,000 from Chase Account Ending in 6653 | | |
| 547 | Ennis State Bank Account Ending in 7903 Held in the Name of Kevin Williams | | |
| 548 | Signature Card for Ennis State Bank Account Ending in 7903 | | |
| 549 | Deposit Slip for $214,000 to Ennis State Bank Account Ending in 7903 | | |
| 550 | Deposit Slip for $219,000 to Ennis State Bank Account Ending in 7903 | | |
| 551 | Deposit Slip for $309,000 to Ennis State Bank Account Ending in 7903 | | |
| 552 | Wells Fargo Account Ending in 3119 Held in the Name of HJLM, LLC | | |
| 553 | February 2, 2016 Check from HJLM Holding LLC to Lee Diehl for $2,000 | | |
| 554 | December 29, 2015 Check from HJLM Holding LLC to David McDonald for Draw on Taba Job for $3,000 | | |
| 555 | January 26, 2016 Check from HJLM Holding LLC to David McDonald for Taba Job for $5,300 | | |
| 556 | December 17, 2015 Check from HJLM Holding LLC Jimmy Eaves for Draw on Taba Job for $5,000 | | |
| 557 | Wells Fargo Account Ending in 0302 Held in the Name Industrial & Family Pharmacy (UNREDACTED) | Prejudice, Misleading (Rule 403) | |
| 558 | Signature Card for Wells Fargo Account Ending in 0302 | | |
| 559 | December 1-December 15, 2015 Statement for Account Ending in 0302 | | |
| 560 | January 1-January 31, 2016 Statement for Account Ending in 0302 | | |
| 561 | JP Morgan Chase Account Ending in 9863 Held in the Name of Industrial & Family Pharmacy | | |
| 562 | Signature Card for JP Morgan Chase Account Ending in 9863 | | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| 563 | January 19-29, 2016 Statement for JP Morgan Chase Account Ending in 9863 | | |
| 564 | JP Morgan Chase Account Ending in 3462 Held in the Name of Jade & Joy, LLC | | |
| 565 | Signature Card for JP Morgan Chase Account Ending in 3462 | | |
| 566 | January 1-29, 2016 Statement for JP Morgan Chase Account Ending in 3462 | | |
| 567 | May 1-29, 2015 Statement for JP Morgan Chase Account Ending in 3462 | | |
| 568 | September 1-30, 2015 Statement for JP Morgan Chase Account Ending in 3462 | | |
| 569 | October 30-November 30, 2015 Statement for JP Morgan Chase Account Ending in 3462 | | |
| 570 | May 30-June 30, 2015 Statement for JP Morgan Chase Account Ending in 3462 | | |
| 571 | July 1-31, 2015 Statement for JP Morgan Chase Account Ending in 3462 | | |
| 572 | Prosperity Bank Account Ending in 9542 Held in the Name of Ability Pharmacy, Inc. | | |
| 573 | Signature Card for Prosperity Bank Account Ending in 9542 | | |
| 574 | Excerpt from January 31, 2016 Statement for Prosperity Bank Account Ending in 9542 | | |
| 575 | Excerpt from October 31, 2015 Statement for Prosperity Bank Account Ending in 9542 | | |
| 576 | Excerpt from November 30, 2015 Statement for Prosperity Bank Account Ending in 9542 | | |
| 577 | JP Morgan Chase Bank Account Ending in 2280 Held in the Name of Ability Pharmacy, Inc. | | |
| 578 | JP Morgan Chase Signature Card for Account Ending in 2280 | | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| 579 | January 1-January 29, 2016 Statement for JP Morgan Chase Account Ending in 2280 | | |
| 580 | May 1-May 29, 2015 Statement for JP Morgan Chase Account Ending in 2280 | | |
| 581 | October 1-30, 2015 Statement for JP Morgan Chase Account Ending in 2280 | | |
| 582 | October 31-November 30, 2015 Statement for JP Morgan Chase Account Ending in 2280 | | |
| 583 | September 1-30, 2015 Statement for JP Morgan Chase Account Ending in 2280 | | |
| 584 | Prosperity Bank Account Ending in 6341 Held in the Name of Ability Pharmacy, Inc. | | |
| 585 | Signature Card for Prosperity Bank Account Ending in 6341 | | |
| 586 | Excerpt from April 30, 2015 Statement for Prosperity Bank Account Ending in 6341 | | |
| 587 | Excerpt from May 31, 2015 Statement for Prosperity Bank Account Ending in 6341 | | |
| 588 | Bank of America Account Ending in 5271 Held in the Name of Ability Pharmacy, Inc. | | |
| 589 | Signature Card for Bank of America Account Ending in 5271 | | |
| 590 | October 1-31, 2015 Statement for Bank of America Account Ending in 5271 | | |
| 591 | Transaction Logs for 8 Cashier's Checks from Bank of America Account Ending in 5271 | | |
| 592 | JPMChase Acct 3691 - Ability Pharmacy (D Nourian and C Rydberg) | | |
| 593 | Wells Fargo Bank Account Ending in 6032 Held in the Name of Dehshid Nourian | | |
| 594 | Signature Card for Wells Fargo Account Ending in 6032 | | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| 595 | January 1-31, 2016 Statement for Wells Fargo Account Ending in 6032 | | |
| 596 | TD Ameritrade Account Ending in 8494 Held in the Name of Dehshid Nourian | | |
| 597 | Signature Card for TD Ameritrade Account Ending in 8494 | | |
| 598 | January 2016 Statement for TD Ameritrade Account Ending in 8494 | | |
| 599 | Scottrade Acct 7680 - Dehshid Nourian | | |
| 600 | BancorpSouth Bank Account Ending in 5371 Held in the Name of Bandoola Pharmacy | | |
| 601 | Signature Card for BancorpSouth Bank Ending in 5371 | | |
| 602 | July 21, 2015 Statement for BancorpSouth Bank Account Ending in 5371 | | |
| 603 | September 30, 2015 Statement for BancorpSouth Bank Account Ending in 5371 | | |
| 604 | November 30, 2015 Statement for BancorpSouth Bank Account Ending in 5371 | | |
| 605 | JP Morgan Chase Account Ending in 7273 Held in the Name of Jade and Joy, LLC | | |
| 606 | Signature Card for JP Morgan Chase Account Ending in 7273 | | |
| 607 | June 12-30, 2015 Statement for JP Morgan Chase Account Ending in 7273 | | |
| 608 | July 1-31, 2015 Statement for JP Morgan Chase Account Ending in 7273 | | |
| 609 | BBVA Compass Acct 4076 - Park Row Pharmacy (C. Rydberg) | | |
| 610 | Wells Fargo Acct 2629 - Park Row (C. Rydberg and A. Khavarmanesh) | | |
| 611 | JPMChase Acct 1940 - Nourian Dental (L Nourian) | | |
| 612 | Churchill Mgmt - Records (S Mofid and D Nourian) | | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| 613 | Churchill Mgmt CRM Notes | | |
| 614 | JPMChase Acct 4105 - Michael Taba Refresh | | |
| 615 | Wells Fargo Acct 2629 - Christopher Rydberg Refresh | | |
| 600s – Tax Records | | | |
| 626 | Ability Pharmacy 2015 Form 1120S | | |
| 627 | Ability 2015 Transcript of Account | | |
| 628 | Ability 2016 Form 1120S | | |
| 629 | Second Ability Pharmacy 2016 Form 1120S | | |
| 630 | Ability 2016 Transcript of Account | | |
| 631 | 2015 General Ledger for Ability Pharmacy | | |
| 632 | Industrial & Family Pharmacy 2015 Form 1120S | | |
| 633 | Industrial & Family Pharmacy 2015 Transcript of Account | | |
| 634 | Industrial & Family Pharmacy Form 1120S 2016 Lack of Records | | |
| 635 | Industrial & Family Pharmacy 2016 Transcript of Account | | |
| 636 | 2015 Industrial & Pharmacy - Signature Form - Form 8879-S | | |
| 637 | 2016 Industrial & Family Pharmacy - Signature Form - Form 8879-S | | |
| 638 | 2015 General Ledger for Industrial & Family Pharmacy | | |
| 639 | 2016 General Ledger for Industrial & Family Pharmacy | | |
| 640 | Park Row 2015 Form 1120S | | |
| 641 | Park Row 2015 Transcript of Account | | |
| 642 | Park Row 2016 Form 1120S | | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| 643 | Park Row 2016 Transcript of Account | | |
| 644 | Park Row 2015 BBVA Compass & Wells Fargo Bank Records | | |
| 645 | 2015 Park Row Pharmacy - Signature Form - Form 8879-S | | |
| 646 | 2016 Park Row Pharmacy - Signature Form - Form 8879-S | | |
| 647 | 2015 General Ledger for Park Row Pharmacy | | |
| 648 | 2016 General Ledger for Park Row Pharmacy | | |
| 649 | Dehshid Nourian 2015 Form 1040 | | |
| 650 | Dehshid Nourian Form 1040 2015 (with signatures) | | |
| 651 | Dehshid Nourian 2015 Transcript of Account | | |
| 652 | Dehshid Nourian 2016 Form 1040 | | |
| 653 | Dehshid Nourian Form 1040 2016 (with signatures) | | |
| 654 | Deshid Nourian 2016 Transcript of Account | | |
| 655 | Dehshid & A Pirnajmeddin Nourian 2015 Form 4549 | | |
| 656 | 2015 Dehshid Nourian - Signature Page - Form 8879 | | |
| 657 | 2016 Dehshid Nourian - Signature Page - Form 8879 | | |
| 658 | Ali Khavaramanesh 2015 Form 1040 | | |
| 659 | Ali Khavaramanesh 2015 Transcript of Account | | |
| 660 | Ali & Mastaneh Sarra Khavaramanesh 2015 Form 4549 | | |
| 661 | Robert Ritter 2015 Form 1040 | | |
| 662 | Robert Ritter 2015 Transcript of Account | | |
| 663 | Robert Ritter 2015 Form 4549 | | |
| 664 | Julie Ritter 2015 From 1040 | | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| 665 | Julie Ritter 2015 Transcript of Account | | |
| 666 | Julie Ritter 2015 Form 4549 | | |
| 667 | Bandoola 2015 Form 1065 | | |
| 668 | Bandoola 2015 Transcript of Account | | |
| 669 | Bandoola 2016 Form 1065 | | |
| 670 | Bandoola 2016 Transcript of Account | | |
| 671 | HJLM 2015 Form 1065 | | |
| 672 | HJLM 2015 Transcript of Account | | |
| 673 | HJLM 2016 Form 1065 | | |
| 674 | HJLM 2016 Transcript of Account | | |
| 675 | Jade and Joy 2015 Form 1065 | | |
| 676 | Jade and Joy 2015 Transcript of Account | | |
| 677 | Jade and Joy 2016 Form 1065 | | |
| 678 | Jade and Joy 2016 Transcript of Account | | |
| 679 | Christopher Rydberg 2015 Form 1040 | | |
| 680 | Christopher Rydberg 2015 Transcript of Account | | |
| 681 | Jamshid Noryian Form 1040 2015 Certification Lack of Records | | |
| 682 | Jamshid Noryian 2015 Transcript of Account | | |
| 683 | Chase 2015_Expenses | | |
| 700s – Emails and Text Messages | | | |
| 701 | Email Regarding Shuttle to Cowboys Game | | |
| 702 | Email Regarding New Clinic for Dr. Benson | | |
| 703 | Email to Mike Benson Regarding Documents from Jamshid Noryian | | |
| 704 | Email from Amoret Guadian to Melissa Driver Regarding | | |

16

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
|  | Patient Complaint |  |  |
| 705 | Email from Melissa Driver Regarding No More Refills on Patient T.P. |  |  |
| 706 | Email from Amoret Guadian to Melissa Driver Regarding Patient Complaint |  |  |
| 707 | Email from Melissa Driver Regarding Denied Patients |  |  |
| 708 | Email from Amoret Guadian to Melissa Driver Regarding Updated List of Patient We Can't Fill |  |  |
| 709 | Email from Mike Benson to Kimberly McCoy Regarding Script Pad |  |  |
| 710 | Email from Christopher Rydberg Regarding Magnum Surgical Products |  |  |
| 711 | Email from Melissa Driver to Amoret Guadian Regarding Decrease in Medications |  |  |
| 712 | Email from Amoret Guadian to Melissa Driver Regarding Helping at Dr. Taba Practice |  |  |
| 713 | Email from Amoret Guadian to Melissa Driver Regarding 3 DOL Patients |  |  |
| 714 | Email from Amoret Guadian to Melissa Driver Regarding Dr. Taba Patients on Multivitamin |  |  |
| 715 | Email from Melissa Driver to Amoret Guadian Regarding Refill Scripts |  |  |
| 716 | Email from Megan Marines to Melissa Driver Regarding Dr. Taba Surgery Patients |  |  |
| 717 | Email from Amoret Guadian to Melissa Driver Regarding Patient R.S. |  |  |
| 718 | Email from Melissa Driver to Amoret Guadian Regarding Patient J.T. |  |  |
| 719 | Email from Melissa Driver to Amoret Guadian Regarding Patients – No Supplements |  |  |
| 720 | 2016.05.20 Re_ CONFIDENTIAL_ Attorney-Client Privileged Communication |  |  |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| 721 | Email from McCoy re Walkthrough of 217 Bella Riva and Humps full name Van Gieson- 401 Time Capsule | | |
| 722 | April 2016 Text Messages between Kimberly McCoy to Jamshid Noryian | | |
| 723 | May 2016 Text Messages between Kimberly McCoy and Jamshid Noryian | | |
| 724 | September 2015 Text Messages Between Kimberly McCoy and Megan Marines | | |
| 725 | January 2016 Text Messages between Kimberly McCoy and Hump Van Gieson | | |
| 726 | March 2016 Text Messages between Kevin Williams and Christopher Rydberg | | |
| 727 | Email from Megan Marines to Judy Bachman Re Rejected Req PA | | |
| 800s – Search Warrant Evidence | | | |
| 801 | Blank Prescriptions for Kevin Williams (Site 1) | Relevance (Rule 402)<br><br>Prejudice, Misleading (Rule 403)<br><br>Authenticity (Rule 901)<br><br>Hearsay (Rule 802) | |
| 802 | Kevin Williams Promissory Notes | | |
| 803 | Michael Taba Promissory Note | | |
| 804 | Handwritten Notes Regarding Leslie Benson and Michael Taba Scar Gel | Relevance (Rule 402)<br><br>Prejudice, Misleading (Rule 403)<br><br>Authenticity (Rule 901)<br><br>Hearsay (Rule 802) | |
| 805 | Handwritten Notes Regarding Michael Taba and Jamshid Noryian Phone Numbers (Site 1) | Relevance (Rule 402)<br><br>Prejudice, Misleading | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
|  |  | (Rule 403)<br><br>Authenticity (Rule 901)<br><br>Hearsay (Rule 802) |  |
| 806 | Notes Regarding Expenses and Income (Site 4) | Relevance (Rule 402)<br><br>Prejudice, Misleading (Rule 403)<br><br>Authenticity (Rule 901)<br><br>Hearsay (Rule 802) |  |
| 807 | Article Regarding North Texas Compounding Investigation (Site 1) | Relevance (Rule 402)<br><br>Prejudice, Misleading (Rule 403) |  |
| 808 | Benson Patient Sent in on December 23, 2014 (Site 2) |  |  |
| 809 | Email Regarding Benson Referrals April 1 - October 16 (Site 4) |  |  |
| 810 | Notes Regarding Patients James Brought In (Site 2) | Relevance (Rule 402)<br><br>Prejudice, Misleading (Rule 403)<br><br>Authenticity (Rule 901)<br><br>Hearsay (Rule 802) |  |
| 811 | Ability Blank Prescriptions (Site 4) | Relevance (Rule 402)<br><br>Prejudice, Misleading (Rule 403)<br><br>Authenticity (Rule 901)<br><br>Hearsay (Rule 802) |  |
| 812 | Blank Prescriptions (Site 3) | Relevance (Rule 402)<br><br>Prejudice, Misleading (Rule 403) |  |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| | | Authenticity (Rule 901) Hearsay (Rule 802) | |
| 813 | List of Benson Temple Patients (Site 2) | | |
| 814 | Taba Surgery Schedule Referrals December 3, 2014 (Site 2) | | |
| 815 | Report of Taba Claims (Site 1) | | |
| 816 | Ability All Drugs Log (Site 1) | Relevance (Rule 402) Prejudice, Misleading (Rule 403) | |
| 817 | Ability All Pay Plans (Site 1) | Relevance (Rule 402) Prejudice, Misleading (Rule 403) | |
| 818 | Taba 6 5 Labels (Site 1) | | |
| 819 | Handwritten Notes (Site 1) | | |
| 820 | Report of Benson Claims (Site 5) | | |
| 821 | Handwritten Notes (Site 5) | | |
| 822 | Handwritten Notes Regarding Contacting Patients (Site 1) | Relevance (Rule 402) Prejudice, Misleading (Rule 403) | |
| 823 | Medicare Fraud Training (Site 1) | | |
| 824 | Handwritten Notes (Site 5) | | |
| 825 | Selective Rx Journal Reports (Site 5) | | |
| 826 | Patient Summary for K.H. (Site 5) | | |
| 827 | Handwritten Note (Site 5) | | |
| 828 | Report of Kevin Williams Claims March 2015 (Site 2) | | |
| 829 | Report of Michael Taba Claims February 2015 (Site 2) | | |
| 830 | Judy Bachman Bandoola Bonus Letter (Site 4) | | |
| 831 | Records Regarding HJLM Holding, LLC v. Magnum Surgical Products, LLC | | |
| 832 | Original Petition | | |
| 833 | Original Answer | | |
| 834 | Certified Judgement | | |
| 835 | Ability Blank Prescription Forms | Relevance (Rule 402) | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| | (Site 2) | Prejudice, Misleading (Rule 403) Authenticity (Rule 901) Hearsay (Rule 802) | |
| 836 | Blank Prescription Form (Site 1) | Relevance (Rule 402) Prejudice, Misleading (Rule 403) Authenticity (Rule 901) Hearsay (Rule 802) | |
| 837 | Report of Michael Taba Claims May-June 2014 (Site 2) | | |
| 838 | Kevin Williams Commission Report February 2015 (Site 2) | | |
| 839 | Notes on Insurance (Site 5) | Relevance (Rule 402) Prejudice, Misleading (Rule 403) Authenticity (Rule 901) Hearsay (Rule 802) | |
| 840 | Notes on Compound Medication Ingredients (Site 1) | Relevance (Rule 402) Prejudice, Misleading (Rule 403) Authenticity (Rule 901) Hearsay (Rule 802) | |
| 841 | Notes on Calling on Refills (Site 1) | Prejudice, Misleading (Rule 403) Authenticity (Rule 901) Hearsay (Rule 802) | |
| 842 | Letter of Intent to Michael Taba Re Lease of 411 N General Bruce | | |
| 843 | Script for Insurance Information (Site 5) | Relevance (Rule 402) Prejudice, Misleading (Rule | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| | | 403) | |
| | | Authenticity (Rule 901) | |
| | | Hearsay (Rule 802) | |
| 844 | Michael Taba Department of Labor Patient List (Site 4) | | |
| 845 | Handwritten Notes Regarding Purpose of Each Pharmacy (Site 4) | Relevance (Rule 402) | |
| | | Prejudice, Misleading (Rule 403) | |
| | | Authenticity (Rule 901) | |
| | | Hearsay (Rule 802) | |
| 846 | Handwritten Notes Regarding Patients of Michael Taba and Leslie Benson (Site 5) | | |
| 847 | Notes Regarding Holding Companies and Properties (Site 5) | | |
| 848 | Revenue by Doctor (Site 5) | | |
| 849 | Ledger (Site 5) | | |
| 850 | Rxpress Financial Notes (Site 5) | | |
| 851 | Check Register (Site 5) | | |
| 852 | Rxpress Balance Sheet (Site 5) | | |
| 853 | Fax from Leslie Benson's Office Regarding Cream Scripts (Site 2) | | |
| 854 | Handwritten Notes Regarding Jamshid Noryian by L.M. | | |
| 855 | Letter to James Noryian from M.M. (Site 4) | | |
| 856 | Letter to James Noryian from A.G. (Site 4) | | |
| 857 | Letter to James Noryian from R.M. (Site 4) | | |
| 858 | Fax from Dr. Taba's Office Regarding Patient Schedules (Site 5) | | |
| 859 | Fax from Dr. Taba's Office Regarding Patient Schedules (Site 2) | | |
| 860 | Prescription by Dr. M.H. Deshid Nourian (Site 4) | Relevance (Rule 402) | |
| | | Unfair Prejudice, Misleading (Rule 403) | |
| | | Authenticity (Rule 901) | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| | | Hearsay (Rule 802) | |
| 861 | Envelope Addressed to Sherri Mofid (Site 2) | | |
| 862 | List of Expenses (Site 5) | | |
| 863 | Revenue by Doctor (Site 5) | | |
| 864 | Checks to Suppliers (Site 2) | | |
| 865 | Handwritten Note Re J. Noryian | | |
| 866 | Aguilar Report | Relevance (402)<br><br>Unfair prejudice, confusing, misleading (403) | |
| 867 | Prescription - Weaver, Ruby | | |
| 868 | Prescription - Welch, Debra | | |
| 869 | Photo: February 2016 Newspaper Article titled "Feds investigate Fort Worth-based firm" | Relevance (Rule 402)<br><br>Prejudice, Misleading, Confusion of Issues (Rule 403)<br><br>Authenticity (Rule 901) | |
| 870 | Photo: Report of Michael Taba Claims<br>Dated November 2014 | | |
| 871 | TMESYS Accepted Claims - Industrial and Family Pharmacy | Relevance (Rule 402)<br><br>Prejudice, Misleading, Confusion of Issues (Rule 403) | |
| | 900s – Miscellaneous Documents | | |
| 901 | Photo: Ability Pharmacy (Exterior) | | |
| 902 | Photo: Ability Pharmacy (Interior) | | |
| 903 | Photo: Industrial Pharmacy (Exterior) | | |
| 904 | Photo: Industrial Pharmacy (Interior) | | |
| 905 | Photo: Park Row Pharmacy (Exterior) | | |
| 906 | Photos: Park Row Pharmacy (Interior) | | |
| 907 | Photo: Ability Pharmacy Rx Ending 057-00 (Blue Bottle) for L.S. | | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| 908 | Photo: Ability Pharmacy Rx Ending 436-00 (White Cap/Tan Bottle) for L.S. | | |
| 909 | Photo: Ability Pharmacy (Bottles on Microwave) for L.S. | | |
| 910 | Photo: Ability Pharmacy and Industrial & Family (Blue and Clear/White Bottles) for R.C. | | |
| 911 | Photo: Louis Vuitton Handbag | | |
| 912 | Photos: BMW | | |
| 913 | Photo: 217 Bella Riva | | |
| 914 | Recorded Conversation - James Noryian and Jared Haggard 10.05.15 | | |
| 915 | Transcript of Recorded Call - J. Noryian and J. Haggard 10.05.15 | | |
| 916 | Recorded Conversation - James Noryian and Jared Haggard 10.05.15 (Closed-Captioned) | | |
| 917 | Recorded Conversation - Dehshid Nourian and Jeff Byrum 01.26.16 | Relevance (Rule 402)<br><br>Prejudice, Misleading (Rule 403)<br><br>Authenticity (Rule 901) | |
| 918 | Transcript of Recorded Call - D. Nourian and J. Byrum 01.26.16 | Relevance (Rule 402)<br><br>Prejudice, Misleading (Rule 403)<br><br>Authenticity (Rule 901)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 919 | Recorded Conversation: Dehshid Nourian and Jeff Byrum 01.26.16 (Closed-Captioned) | Relevance (Rule 402)<br><br>Prejudice, Misleading (Rule 403)<br><br>Authenticity (Rule 901) | |

24

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| | | Best evidence rule; requirement of the original (Rule 1002) | |
| 920 | Recorded Conversation - James Noryian and Rey Moreno 06.28.16 | | |
| 921 | Transcript of Recorded Call - J. Noryian and R. Moreno 06.28.16 | | |
| 922 | Recorded Conversation - James Noryian and Rey Moreno 06.25.16 (Closed-Captioned) | | |
| 923 | Mailbox Service Agreement Signed by Leyla Nourian | | |
| 924 | Photo: 217 Bella Riva | | |
| 925 | Photo: 217 Bella Riva | | |
| 926 | Photo: 217 Bella Riva | | |
| 927 | Stewart Title - 217 Bella Riva | | |
| 928 | Alamo Title - 2525 Handley - Leyla Nourian | | |
| 929 | Van Alstyne - Sherri Mofid | | |
| 930 | Autobahn BMW | | |
| 930 | Prescription Pain Cream Medication Tubes – Physical Exhibit | | |
| 931 | Prescription Vitamins Bottles – Physical Exhibit | | |
| 932 | Louis Vuitton Handbag – Physical Exhibit | | |
| 1000s – Summary Charts | | | |
| 1001 | Total Amounts Billed to DOL-OWCP | Relevance (Rule 402)<br><br>Unfair prejudice, confusing, misleading (Rule 403) | |
| 1002 | Total Amounts Paid by DOL-OWCP | Relevance (Rule 402)<br><br>Unfair prejudice, confusing, misleading (Rule 403) | |
| 1003 | Ability and Park Row Pharmacies BCBS Claims Data - All Claims | Relevance (Rule 402)<br><br>Unfair prejudice, confusing, misleading (Rule 403) | |
| 1004 | Ability Pharmacy BCBS Claims Data - All Claims | Relevance (Rule 402) | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|----|-------------|-----------|-------|
| | | Unfair prejudice, confusing, misleading (Rule 403) | |
| 1005 | Ability Pharmacy BCBS Claims Data - Employee | | |
| 1006 | Ability Pharmacy - Megan Marines - Rx No. 948636 | | |
| 1007 | Ability Pharmacy - Amoret Guadian - Rx No. 948634 | | |
| 1008 | Ability Pharmacy - Reynaldo Moreno - Rx No. 948617 | | |
| 1009 | Deposits of DOL Funds | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous<br><br>Argumentative (Rule 1006)<br><br>Best evidence rule requirement of the original (Rule 1002) | |
| 1010 | Count 11 Wire Transfer | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1011 | Count 11 Cashier's Checks | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1012 | Count 12 Online Transfer | Cumulative (Rule 403) | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| | | Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1013 | Count 13 Wire Transfer | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1014 | Counts 11–13 Transfer | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1015 | Count 14 Wire Transfer | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1016 | Count 14 Cashier's Checks | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| | | (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1017 | Count 15 Online Transfer | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1018 | Count 16 Wire Transfer | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1019 | Cashier's Checks | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1020 | Counts 14–16 Transfer | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| | | requirement of the original (Rule 1002) | |
| 1021 | Direct Payments to Michael Taba w/o Repayments | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1022 | Direct Payments to Michael Taba w/ Repayments | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1023 | Other Payments to Michael Taba | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1024 | Taba Account Balances | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |

29

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| 1025 | Assets Traced from DOL Funds | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1026 | Payments to Kevin Williams | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1027 | Reported vs Actual Expenses | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1028 | Cashier's Check 7 Example | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1029 | Cashier's Check 76 Example | Cumulative (Rule 403)<br><br>Improper use of summary | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|---|---|---|---|
| | | chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1030 | Cashier's Check 137 138 Example | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1031 | Cashier's Check 183 184 185 Example | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1032 | Cashier's Check 205 Example | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006)<br><br>Best evidence rule; requirement of the original (Rule 1002) | |
| 1033 | Cashier's Checks Purchased and Expensed | Cumulative (Rule 403)<br><br>Improper use of summary chart; underlying records not voluminous; argumentative (Rule 1006) | |

| GX | DESCRIPTION | OBJECTION | NOTES |
|----|-------------|-----------|-------|
|    |             | Best evidence rule; requirement of the original (Rule 1002) |  |

Dated: August 21, 2023                    Respectfully submitted,


                                          */s/ Scott C. Thomas*
                                          Thomas M. Melsheimer
                                          Texas Bar No. 13922550
                                          tmelsheimer@winston.com
                                          Scott C. Thomas
                                          Texas Bar No. 24046964
                                          scthomas@winston.com
                                          Dion J. Robbins
                                          Texas Bar No. 24114011
                                          drobbins@winston.com
                                          **WINSTON & STRAWN LLP**
                                          2121 N. Pearl Street, Suite 900
                                          Dallas, TX 75201
                                          (214) 453-6500
                                          (214) 453-6400 (fax)

                                          ***Counsel for Defendant David Nourian***

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 21, 2023, I served upon all counsel of record a true and correct copy of this motion by filing it with the Court's CM/ECF system.

*/s/ Scott C. Thomas*
Scott C. Thomas
