**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **VS.** | § | **Case No.   3:17-CR-155-L** |
| | § | |
| **CHRISTOPHER RYDBERG (3)** | § | |
| | § | |

**CHRISTOPHER RYDBERG'S  OBJECTIONS TO
THE UNITED STATES OF AMERICA EXHIBIT LIST**

Pursuant to the Court's Scheduling Order, Defendant Christopher Rydberg ("Rydberg")

files these objections to The United States of America's Exhibit List (Dkt 564).   Defendant

Rydberg reserves the right to adopt the objections of other parties.   Defendant Rydberg further

reserves the right to amend or add to these objections based on testimony adduced at trial.

| Ex. No. | Title/Description | Objection |
|---|---|---|
| 101 | Ability Secretary of State Filings | None |
| 102 | Industrial and Family Secretary of State Filings | None |
| 103 | Park Row Pharmacy Secretary of State Filings | None |
| 104 | Bandoola Secretary of State Filings | None |
| 105 | HJLM Holding LLC Secretary of State Filings | None |
| 106 | Queen Shiva LLC Secretary of State Filings | None |
| 107 | Ace Queen LLC Secretary of State Filings | None |
| 108 | Ace King LLC Secretary of State Filings | None |
| 109 | Michael Taba M.D. Secretary of State Filings | None |
| 110 | Magnum Surgical Products LLC Secretary of State Filings | None |
| 111 | Jade and Joy LLC Secretary of State Filings | None |
| 112 | Benson Injury Clinic P.A. Secretary of State Filings | None |
| 201 | DOL Provider Enrollment Contract for Ability Pharmacy, Inc. | Rules 802, 901 |

| Ex. No. | Title/Description | Objection |
|---------|------------------|-----------|
| 202 | CVS Caremark Provider Enrollment Contract for Ability GOV_00043636 – Pharmacy, Inc. | Rules 802, 901 |
| 203 | BCBS Employer Enrollment Apps for Ability Pharmacy | Rules 802, 901 |
| 204 | BCBS Employer Enrollment Apps for Ability Pharmacy | Rules 802, 901 |
| 205 | DOL Provider Enrollment Contract for Industrial and Family Pharmacy, LLC | Rules 802, 901 |
| 206 | CVS Caremark Provider Enrollment Contract for Industrial and Family, Inc. | Rules 802, 901 |
| 207 | DOL Provider Enrollment Contract for Park Row Pharmacy, LLC | Rules 802, 901 |
| 208 | CVS Caremark Provider Enrollment Contract for Park Row Pharmacy, LLC | Rules 802, 901 |
| 209 | DOL Provider Enrollment Contract and EFT for Michael Taba, M.D. | Rules 802, 901 |
| 210 | DOL Provider Enrollment Contract for Kevin Williams, MD | Rules 802, 901 |
| 211 | DOL Provider Enrollment Contract for Leslie Benson, M.D. | Rules 802, 901 |
| 212 | DOL Billing Data for Ability Pharmacy, Inc - DOL CERTIFIED | Rules 802, 901 |
| 213 | BCBS Billing Data for Ability Pharmacy Inc. and Industrial & Family Pharmacy, LLC | Rules 802, 901 |
| 214 | DOL Billing Data for Industrial & Family Pharmacy, LLC - DOL CERTIFIED | None |
| 215 | DOL Billing Data for Park Row Pharmacy, LLC - DOL CERTIFIED | None |
| 216 | BCBS Billing Data for Park Row Pharmacy, LLC | Rules 802, 901 |
| 217 | DOL Ability, IFP, and Park Row Third Party Billers | Rules 802, 901 |
| 218 | Prime Therapeutics - ABILITY PHARMACY INC | Rules 802, 901 |
| 219 | Prime Therapeutics - PARK ROW PHARMACY | Rules 802, 901 |

| Ex. No. | Title/Description | Objection |
|---------|------------------|-----------|
| 220 | CVS Caremark Provider Manual - 2014 | Rules 402, 403, 802, 901 |
| 221 | CVS Caremark Amendment to Provider Manual - Nov-July 2014 | Rules 402, 403, 802, 901 |
| 222 | CVS Caremark Provider Manual - 2016 | Rules 402, 403, 802, 901 |
| 223 | Prime Therapeutics - Pharmacy Provider Manual - Q1 2015 | Rules 402, 403, 802, 901 |
| 224 | Prime Therapeutics - Pharmacy Provider Manual - Q3 2015 | Rules 402, 403, 802, 901 |
| 225 | Prime Therapeutics Provider Manual - 2015 | Rules 402, 403, 802, 901 |
| 226 | Optum Records | Rules 802, 901 |
| 227 | BCBS Small Group Business Proposal for Ability Pharmacy | Rules 802, 901 |
| 228 | DOL Remittance Voucher No. 364963 | Rules 802, 901 |
| 229 | DOL Remittance Voucher No. 382843 | Rules 802, 901 |
| 230 | DOL Remittance Voucher No. 428442 | Rules 802, 901 |
| 231 | DOL Remittance Voucher No. 445537 | Rules 802, 901 |
| 232 | DOL Remittance Voucher No. 676500 | Rules 802, 901 |
| 233 | DOL Remittance Voucher No. 694582 | Rules 802, 901 |
| 234 | DOL Remittance Voucher No. 712383 | Rules 802, 901 |
| 235 | DOL Remittance Voucher No. 730903 | Rules 802, 901 |
| 236 | DOL Remittance Voucher No. 748947 | Rules 802, 901 |
| 237 | DOL Remittance Voucher No. 189962 | Rules 802, 901 |
| 238 | DOL Remittance Voucher No. 186260 | Rules 802, 901 |
| 239 | DOL Remittance Vouchers (Combined) | Rules 802, 901 |
| 301 | Dr. Michael Taba Prescriptions PART 1 of 3 | Rules 402, 403, 802, 901 |
| 302 | Dr. Michael Taba Prescriptions PART 2 of 3 | Rules 402, 403, 802, 901 |
| 303 | Dr. Michael Taba Prescriptions PART 3 of 3 | Rules 402, 403, 802, 901 |
| 304 | Dr. Kevin Williams Prescriptions | Rules 402, 403, 802, 901 |
| 305 | Dr. Leslie Benson Prescriptions | Rules 402, 403, 802, 901 |
| 306 | Nicolas Aguilar Prescriptions | Rules 402, 403, 802, 901 |
| 307 | Dr. Michael Taba Prescriptions - Physical Exhibit | Rules 402, 403, 802, 901 |

| Ex. No. | Title/Description | Objection |
|---------|------------------|-----------|
| 308 | Dr. Kevin Williams Prescriptions - Physical Exhibit | Rules 402, 403, 802, 901 |
| 309 | Dr. Leslie Benson Prescriptions - Physical Exhibit | Rules 402, 403, 802, 901 |
| 310 | Nicolas Aguilar Prescriptions - Physical Exhibit | Rules 402, 403, 802, 901 |
| 401 | Prescriptions for M.M. | None |
| 402 | Blue Cross Blue Shield Billing Data Excerpt for M.M. | None |
| 403 | Blue Cross Blue Shield Billing Data Excerpt for M.M. | None |
| 404 | Prescriptions for A.G. | None |
| 405 | Blue Cross Blue Shield Billing Data Excerpt for A.G | None |
| 406 | Blue Cross Blue Shield Billing Data Excerpt for A.G | None |
| 407 | Prescriptions for R.M. | None |
| 408 | Blue Cross Blue Shield Billing Data Excerpt for R.M | None |
| 409 | Blue Cross Blue Shield Billing Data Excerpt for R.M | None |
| 410 | Prescriptions for M.C. | None |
| 411 | Benson Patient file for M.C. | None |
| 412 | Department of Labor Claims Data Excerpt for M.C. | None |
| 413 | Department of Labor Claims Data Excerpt for M.C. | None |
| 414 | Prescriptions for L.S. | None |
| 415 | Benson Patient File for L.S. (Lumbar) | None |
| 416 | Benson Patient File for L.S. (Knee) | None |
| 417 | Department of Labor Claims Data Excerpt for L.S | None |
| 418 | Department of Labor Claims Data Excerpt for L.S | None |
| 419 | Prescriptions for R.C. | None |
| 420 | Taba Patient File for R.C. | None |
| 421 | Department of Labor Claims Data Excerpt for R.C. | None |
| 422 | Department of Labor Claims Data Excerpt for R.C. | None |
| 423 | Prescriptions for L.B. | None |
| 424 | Taba Patient File for L.B. | None |
| 425 | Department of Labor Claims Data Excerpt for L.B. | None |
| 426 | Department of Labor Claims Data Excerpt for L.B. | None |
| 427 | Prescriptions for J.A. | None |

| Ex. No. | Title/Description | Objection |
|---------|------------------|-----------|
| 428 | Taba Patient File for J.A. | None |
| 429 | Department of Labor Claims Excerpt for J.A. | None |
| 430 | Department of Labor Claims Excerpt for J.A. | None |
| 501 | Wells Fargo Account Ending in 6919 held in the name of Sherri Mofid | None |
| 502 | Signature Card for Wells Fargo Account Ending in 6919 | None |
| 503 | September 8, 2014 Check from Sherri Mofid to Michael Taba for $10,000 | None |
| 504 | August 14, 2014 Cashier's Check from Sherri Mofid to Michael Taba for $100,000 | None |
| 505 | September 8, 2014 Cashier's Check Sherrif Mofid to Michael Taba for $90,000 | None |
| 506 | Scottrade Acct 1792 - Sherri Mofid | None |
| 507 | TD Ameritrade Acct 3760 - Sherri Mofid | None |
| 508 | Wells Fargo Acct 3649 - Sherri Mofid | None |
| 509 | JPMC account ending in 0481 held in the name of Sherri Mofid | None |
| 510 | Scottrade Investment Account Ending in 1793 Held in the Name of Sherri Mofid | None |
| 511 | Signature Card for Scottrade Account Ending in 1793 | None |
| 512 | January 1-31, 2016 Statement for Scottrade Account Ending in 1793 | None |
| 513 | Chase Account Ending in 5614 held in the name of Michael Taba | None |
| 514 | Deposit Slip for $100,000 to Chase Account Ending in 5614 | None |
| 515 | Deposit Slip for $90,000 to Chase Account Ending in 5614 | None |
| 516 | Deposit Slip for $10,000 to Chase Account Ending in 5614 | None |
| 517 | Deposit Slip for $150,000 to Chase Account Ending in 5614 | None |
| 518 | Deposit Slip for $70,000 to Chase Account Ending in 5614 | None |

| Ex. No. | Title/Description | Objection |
|---------|------------------|-----------|
| 519 | Deposit Slip for $136,600 to Chase Account Ending in 5614 | None |
| 520 | Deposit Slip for $258,000 to Chase Account Ending in 5614 | None |
| 521 | Withdrawal Slip for $750,000 from Chase Account Ending in 5614 | None |
| 522 | November 11, 2015 Check from Michael Taba to Sherri Mofid for $50,000 ending in 5614 | None |
| 523 | Chase Account Ending in 2338 held in the name of Michael Taba | None |
| 524 | Signature Card for Chase Account Ending in 2338 | None |
| 525 | JPMChase Acct 4105 - Michael Taba | None |
| 526 | JPMChase Acct 9472 - Michael Taba | None |
| 527 | Wells Fargo Account Ending in 9217 held in the Name of Christopher J. Rydberg | None |
| 528 | Signature Card for Wells Fargo Account Ending in 9217 | None |
| 529 | October 15, 2014 Cashier's Check from Christopher J. Rydberg to Michael Taba for $150,000 | None |
| 530 | July 8, 2015 Cashier's Check from Christopher J. Rydberg to Magnum Surgical Products (Kevin Williams) for $279,000 | None |
| 531 | Wells Fargo Account Ending in 7909 Held in the Name of Restaurant & Associates, Inc. | None |
| 532 | Signature Card for Wells Fargo Account Ending in 7909 | None |
| 533 | November 17, 2014 Cashier's Check from Christopher Rydberg to Michael Taba for $70,000 | None |
| 534 | Wells Fargo Account Ending in 8897 Held in the Name of Bandoola Pharmaceutical, LLC | None |
| 535 | Signature Card for Wells Fargo Account Ending in 8897 | None |
| 536 | Withdrawal Slip for $136,630 from Wells Fargo Account Ending in 8897 | None |
| 537 | February 16, 2016 Check from Bandoola Pharmaceutical to Magnum Surgical Products (Kevin Williams) for $125,000 | None |

| Ex. No. | Title/Description | Objection |
|---------|------------------|-----------|
| 538 | Withdrawal Slip for $381,000 from Wells Fargo Account Ending in 8897 | None |
| 539 | Withdrawal Slip for $560,000 from Wells Fargo Account Ending in 8897 | None |
| 540 | September 21, 2015 Check from Bandoola Pharmaceutical to Magnum Surgical Products (Kevin Williams) for $219,000 | None |
| 541 | Withdrawal Slip for $309,010 from Wells Fargo Account Ending in 8897 | None |
| 542 | April 22, 2015 Check to Nicolas Aguilar for $10,000 | None |
| 543 | December 2, 2015 Check to Nicolas Aguilar for $10,000 | None |
| 544 | Chase Account Ending in 6653 Held in the Name of Dr. Leyla Nourian | None |
| 545 | Signature Card for Chase Account Ending in 6653 | None |
| 546 | Withdrawal Slip for $108,000 from Chase Account Ending in 6653 | None |
| 547 | Ennis State Bank Account Ending in 7903 Held in the Name of Kevin Williams | None |
| 548 | Signature Card for Ennis State Bank Account Ending in 7903 | None |
| 549 | Deposit Slip for $214,000 to Ennis State Bank Account Ending in 7903 | None |
| 550 | Deposit Slip for $219,000 to Ennis State Bank Account Ending in 7903 | None |
| 551 | Deposit Slip for $309,000 to Ennis State Bank Account Ending in 7903 | None |
| 552 | Wells Fargo Account Ending in 3119 Held in the Name of HJLM, LLC | None |
| 553 | February 2, 2016 Check from HJLM Holding LLC to Lee Diehl for $2,000 | None |
| 554 | December 29, 2015 Check from HJLM Holding LLC to David McDonald for Draw on Taba Job for $3,000 | None |
| 555 | January 26, 2016 Check from HJLM Holding LLC to David McDonald for Taba Job for $5,300 | None |

| Ex. No. | Title/Description | Objection |
|---------|------------------|-----------|
| 556 | December 17, 2015 Check from HJLM Holding LLC to Jimmy Eaves for Draw on Taba Job for $5,000 | None |
| 557 | Wells Fargo Account Ending in 0302 Held in the Name Industrial & Family Pharmacy (UNREDACTED) | None |
| 558 | Signature Card for Wells Fargo Account Ending in 0302 | None |
| 559 | December 1-December 15, 2015 Statement for Account Ending in 0302 | None |
| 560 | January 1-January 31, 2016 Statement for Account Ending in 0302 | None |
| 561 | JP Morgan Chase Account Ending in 9863 Held in the Name of Industrial & Family Pharmacy | None |
| 562 | Signature Card for JP Morgan Chase Account Ending in 9863 | None |
| 563 | January 19-29, 2016 Statement for JP Morgan Chase Account Ending in 9863 | None |
| 564 | P Morgan Chase Account Ending in 3462 Held in the Name of Jade & Joy, LLC | None |
| 565 | Signature Card for JP Morgan Chase Account Ending in 3462 | None |
| 566 | January 1-29, 2016 Statement for JP Morgan Chase Account Ending in 3462 | None |
| 567 | May 1-29, 2015 Statement for JP Morgan Chase Account Ending in 3462 | None |
| 568 | September 1-30, 2015 Statement for JP Morgan Chase Account Ending in 3462 | None |
| 569 | October 30-November 30, 2015 Statement for JP Morgan Chase Account Ending in 3462 | None |
| 570 | May 30-June 30, 2015 Statement for JP Morgan Chase Account Ending in 3462 | None |
| 571 | July 1-31, 2015 Statement for JP Morgan Chase Account Ending in 3462 | None |
| 572 | Prosperity Bank Account Ending in 9542 Held in the Name of Ability Pharmacy, Inc. | None |
| 573 | Signature Card for Prosperity Bank Account Ending in 9542 | None |

| Ex. No. | Title/Description | Objection |
|---------|------------------|-----------|
| 574 | Excerpt from January 31, 2016 Statement for Prosperity Bank Account Ending in 9542 | None |
| 575 | Excerpt from October 31, 2015 Statement for Prosperity Bank Account Ending in 9542 | None |
| 576 | Excerpt from November 30, 2015 Statement for Prosperity Bank Account Ending in 9542 | None |
| 577 | JP Morgan Chase Bank Account Ending in 2280 Held in the Name of Ability Pharmacy, Inc. | None |
| 578 | JP Morgan Chase Signature Card for Account Ending in 2280 | None |
| 579 | January 1-January 29, 2016 Statement for JP Morgan Chase Account Ending 2280 | None |
| 580 | May 1-May 29, 2015 Statement for JP Morgan Chase Account Ending in 2280 | None |
| 581 | October 1-30, 2015 Statement for JP Morgan Chase Account Ending in 2280 | None |
| 582 | October 31-November 30, 2015 Statement for JP Morgan Chase Account Ending in 2280 | None |
| 583 | September 1-30, 2015 Statement for JP Morgan Chase Account Ending in 2280 | None |
| 584 | Prosperity Bank Account Ending in 6341 Held in the Name of Ability Pharmacy, Inc. | None |
| 585 | Signature Card for Prosperity Bank Account Ending in 6341 | None |
| 586 | Excerpt from April 30, 2015 Statement for Prosperity Bank Account Ending in 6341 | None |
| 587 | Excerpt from May 31, 2015 Statement for Prosperity Bank Account Ending in 6341 | None |
| 588 | Bank of America Account Ending in 5271 Held in the Name of Ability Pharmacy, Inc. | None |
| 589 | Signature Card for Bank of America Account Ending in 5271 | None |
| 590 | October 1-31, 2015 Statement for Bank of America Account Ending in 5271 | None |
| 591 | Transaction Logs for 8 Cashier's Checks from Bank of America Account Ending in 5271 | None |

| Ex. No. | Title/Description | Objection |
|---------|------------------|-----------|
| 592 | JPMChase Acct 3691 - Ability Pharmacy (D Nourian and C Rydberg) | None |
| 593 | Wells Fargo Bank Account Ending in 6032 Held in the Name of Dehshid Nourian | None |
| 594 | Signature Card for Wells Fargo Account Ending in 6032 | None |
| 595 | January 1-31, 2016 Statement for Wells Fargo Account Ending in 6032 | None |
| 596 | TD Ameritrade Account Ending in 8494 Held in the Name of Dehshid Nourian | None |
| 597 | Signature Card for TD Ameritrade Account Ending in 8494 | None |
| 598 | January 2016 Statement for TD Ameritrade Account Ending in 8494 | None |
| 599 | Scottrade Acct 7680 - Dehshid Nourian | None |
| 600 | BancorpSouth Bank Account Ending in 5371 Held in the Name of Bandoola Pharmacy | None |
| 601 | Signature Card for BancorpSouth Bank Ending in 5371 | None |
| 602 | July 21, 2015 Statement for BancorpSouth Bank Account Ending in 5371 | None |
| 603 | September 30, 2015 Statement for BancorpSouth Bank Account Ending in 5371 | None |
| 604 | November 30, 2015 Statement for BancorpSouth Bank Account Ending in 5371 | None |
| 605 | JP Morgan Chase Account Ending in 7273 Held in the Name of Jade and Joy, LLC | None |
| 606 | Signature Card for JP Morgan Chase Account Ending in 7273 | None |
| 607 | June 12-30, 2015 Statement for JP Morgan Chase Account Ending in 7273 | None |
| 608 | July 1-31, 2015 Statement for JP Morgan Chase Account Ending in 7273 | None |
| 609 | BBVA Compass Acct 4076 - Park Row Pharmacy (C. Rydberg) | None |

| Ex. No. | Title/Description | Objection |
|---|---|---|
| 610 | Wells Fargo Acct 2629 - Park Row (C. Rydberg and A. Khavarmanesh) | None |
| 611 | JPMChase Acct 1940 - Nourian Dental (L Nourian) | None |
| 612 | Churchill Mgmt - Records (S Mofid and D Nourian) | Rules 402, 802, 901 |
| 613 | Churchill Mgmt CRM Notes | Rules 402, 802, 901 |
| 614 | JPMChase Acct 4105 - Michael Taba Refresh | None |
| 615 | Wells Fargo Acct 2629 - Christopher Rydberg Refresh | None |
| 626 | Ability Pharmacy 2015 Form 1120S | None |
| 627 | Ability 2015 Transcript of Account | None |
| 628 | Ability 2016 Form 1120S | None |
| 629 | Second Ability Pharmacy 2016 Form 1120S | None |
| 630 | Ability 2016 Transcript of Account | None |
| 631 | 2015 General Ledger for Ability Pharmacy | None |
| 632 | Industrial & Family Pharmacy 2015 Form 1120S | None |
| 633 | Industrial & Family Pharmacy 2015 Transcript of Account | None |
| 634 | Industrial & Family Pharmacy Form 1120S 2016 Lack of Records | None |
| 635 | Industrial & Family Pharmacy 2016 Transcript of Account | None |
| 636 | 2015 Industrial & Pharmacy - Signature Form - Form 8879-S | None |
| 637 | 2016 Industrial & Family Pharmacy - Signature Form - Form 8879-S | None |
| 638 | 2015 General Ledger for Industrial & Family Pharmacy | Rules 802, 901 |
| 639 | 2016 General Ledger for Industrial & Family Pharmacy | Rules 802, 901 |
| 640 | Park Row 2015 Form 1120S | None |
| 641 | Park Row 2015 Transcript of Account | None |
| 642 | Park Row 2016 Form 1120S | None |
| 643 | Park Row 2016 Transcript of Account | None |
| 644 | Park Row 2015 BBVA Compass & Wells Fargo Bank Records | None |
| 645 | 2015 Park Row Pharmacy - Signature Form - Form 8879-S | None |

| Ex. No. | Title/Description | Objection |
|---------|------------------|-----------|
| 646 | 2016 Park Row Pharmacy - Signature Form - Form 8879-S | None |
| 647 | 2015 General Ledger for Park Row Pharmacy | Rules 802, 901 |
| 648 | 2016 General Ledger for Park Row Pharmacy | Rules 802, 901 |
| 649 | Dehshid Nourian 2015 Form 1040 | None |
| 650 | Dehshid Nourian Form 1040 2015 (with signatures) | None |
| 651 | Dehshid Nourian 2015 Transcript of Account | None |
| 652 | Dehshid Nourian 2016 Form 1040 | None |
| 653 | Dehshid Nourian Form 1040 2016 (with signatures) | None |
| 654 | Deshid Nourian 2016 Transcript of Account | None |
| 655 | Dehshid & A Pirnajmeddin Nourian 2015 Form 4549 | None |
| 656 | 2015 Dehshid Nourian - Signature Page - Form 8879 | None |
| 657 | 2016 Dehshid Nourian - Signature Page - Form 8879 | None |
| 658 | Ali Khavaramanesh 2015 Form 1040 | None |
| 659 | Ali Khavaramanesh 2015 Transcript of Account | None |
| 660 | Ali & Mastaneh Sarra Khavaramanesh 2015 Form 4549 | None |
| 661 | Robert Ritter 2015 Form 1040 | None |
| 662 | Robert Ritter 2015 Transcript of Account | None |
| 663 | Robert Ritter 2015 Form 4549 | None |
| 664 | Julie Ritter 2015 From 1040 | None |
| 665 | Julie Ritter 2015 Transcript of Account | None |
| 666 | Julie Ritter 2015 Form 4549 | None |
| 667 | Bandoola 2015 Form 1065 | None |
| 668 | Bandoola 2015 Transcript of Account | None |
| 669 | Bandoola 2016 Form 1065 | None |
| 670 | Bandoola 2016 Transcript of Account | None |
| 671 | HJLM 2015 Form 1065 | None |
| 672 | HJLM 2015 Transcript of Account | None |
| 673 | HJLM 2016 Form 1065 | None |
| 674 | HJLM 2016 Transcript of Account | None |
| 675 | Jade and Joy 2015 Form 1065 | None |

| Ex. No. | Title/Description | Objection |
|---|---|---|
| 676 | Jade and Joy 2015 Transcript of Account | None |
| 677 | Jade and Joy 2016 Form 1065 | None |
| 678 | Jade and Joy 2016 Transcript of Account | None |
| 679 | Christopher Rydberg 2015 Form 1040 | None |
| 680 | Christopher Rydberg 2015 Transcript of Account | None |
| 681 | Jamshid Noryian Form 1040 2015 Certification Lack of Records | None |
| 682 | Jamshid Noryian 2015 Transcript of Account | None |
| 683 | Chase 2015_Expenses | Rules 802, 901 |
| 701 | Email Regarding Shuttle to Cowboys Game | Rules 402, 403, 802, 901 |
| 702 | Email Regarding New Clinic for Dr. Benson | Rules 402, 403, 802, 901 |
| 703 | Email to Mike Benson Regarding Documents from Jamshid Noryian | Rules 402, 403, 802, 901 |
| 704 | Email from Amoret Guadian to Melissa Driver Regarding Patient Complaint | Rules 402, 403, 802, 901 |
| 705 | Email from Melissa Driver Regarding No More Refills on Patient T.P. | Rules 402, 403, 802, 901 |
| 706 | Email from Amoret Guadian to Melissa Driver Regarding Patient Complaint | Rules 402, 403, 802, 901 |
| 707 | Email from Melissa Driver Regarding Denied Patients | Rules 402, 403, 802, 901 |
| 708 | Email from Amoret Guadian to Melissa Driver Regarding Updated List of Patient We Can't Fill | Rules 402, 403, 802, 901 |
| 709 | Email from Mike Benson to Kimberly McCoy Regarding Script Pad | Rules 402, 403, 802, 901 |
| 710 | Email from Christopher Rydberg Regarding Magnum Surgical Products | Rules 402, 403, 802, 901 |
| 711 | Email from Melissa Driver to Amoret Guadian Regarding Decrease in Medications | Rules 402, 403, 802, 901 |
| 712 | Email from Amoret Guadian to Melissa Driver Regarding Helping at Dr. Taba Practice | Rules 402, 403, 802, 901 |
| 713 | Email from Amoret Guadian to Melissa Driver Regarding 3 DOL Patients | Rules 402, 403, 802, 901 |
| 714 | Email from Amoret Guadian to Melissa Driver Regarding Dr. Taba Patients on Multivitamin | Rules 402, 403, 802, 901 |

| Ex. No. | Title/Description | Objection |
|---------|------------------|-----------|
| 715 | Email from Melissa Driver to Amoret Guadian Regarding Refill Scripts | Rules 402, 403, 802, 901 |
| 716 | Email from Megan Marines to Melissa Driver Regarding Dr. Taba Surgery Patients | Rules 402, 403, 802, 901 |
| 717 | Email from Amoret Guadian to Melissa Driver Regarding Patient R.S. | Rules 402, 403, 802, 901 |
| 718 | Email from Melissa Driver to Amoret Guadian Regarding Patient J.T. | Rules 402, 403, 802, 901 |
| 719 | Email from Melissa Driver to Amoret Guadian Regarding Patients – No Supplements | Rules 402, 403, 802, 901 |
| 720 | 2016.05.20 Re_ CONFIDENTIAL_ Attorney-Client Privileged Communication | Rules 402, 403, 802, 901 |
| 721 | Email from McCoy re Walkthrough of 217 Bella Riva and Humps full name Van Gieson- 401 Time Capsule | Rules 402, 403, 802, 901 |
| 722 | April 2016 Text Messages between Kimberly McCoy to Jamshid Noryian | Rule 402, 403, 802 |
| 723 | May 2016 Text Messages between Kimberly McCoy and Jamshid Noryian | Rule 402, 403, 802 |
| 724 | September 2015 Text Messages Between Kimberly McCoy and Megan Marines | Rule 402, 403, 802 |
| 725 | January 2016 Text Messages between Kimberly McCoy and Hump Van Gieson | Rule 402, 403, 802 |
| 726 | March 2016 Text Messages between Kevin Williams and Christopher Rydberg | Rule 402, 403, 802 |
| 727 | Email from Megan Marines to Judy Bachman Re Rejected Req PA | Rules 402, 403, 802, 901 |
| 801 | Blank Prescriptions for Kevin Williams (Site 1) | Rules 402, 403, 802, 901 |
| 802 | Kevin Williams Promissory Notes | None |
| 803 | Michael Taba Promissory Note | None |
| 804 | Handwritten Notes Regarding Leslie Benson and Michael Taba Scar Gel | Rules 402, 403, 802, 901 |
| 805 | Handwritten Notes Regarding Michael Taba and Jamshid Noryian Phone Numbers (Site 1) | Rules 402, 403, 802, 901 |
| 806 | Notes Regarding Expenses and Income (Site 4) | Rules 402, 403, 802, 901 |

| Ex. No. | Title/Description | Objection |
|---|---|---|
| 807 | Article Regarding North Texas Compounding Investigation (Site 1) | Rules 402, 403, 802, 901 |
| 808 | Benson Patient Sent in on December 23, 2014 (Site 2) | Rules 402, 403, 802, 901 |
| 809 | Email Regarding Benson Referrals April 1 - October 16 (Site 4) | Rules 402, 403, 802, 901 |
| 810 | Notes Regarding Patients James Brought In (Site 2) | Rules 402, 403, 802, 901 |
| 811 | Ability Blank Prescriptions (Site 4) | Rules 402, 403, 802, 901 |
| 812 | Blank Prescriptions (Site 3) | Rules 402, 403, 802, 901 |
| 813 | List of Benson Temple Patients (Site 2) | Rules 402, 403, 802, 901 |
| 814 | Taba Surgery Schedule Referrals December 3, 2014 (Site 2) | Rules 402, 403, 802, 901 |
| 815 | Report of Taba Claims (Site 1) | Rules 402, 403, 802, 901 |
| 816 | Ability All Drugs Log (Site 1) | Rules 402, 403, 802, 901 |
| 817 | Ability All Pay Plans (Site 1) | Rules 402, 403, 802, 901 |
| 818 | Taba 6 5 Labels (Site 1) | Rules 402, 403, 802, 901 |
| 819 | Handwritten Notes (Site 1) | Rules 402, 403, 802, 901 |
| 820 | Report of Benson Claims (Site 5) | Rules 402, 403, 802, 901 |
| 821 | Handwritten Notes (Site 5) | Rules 402, 403, 802, 901 |
| 822 | Handwritten Notes Regarding Contacting Patients (Site 1) | Rules 402, 403, 802, 901 |
| 823 | Medicare Fraud Training (Site 1) | Rules 402, 403, 802, 901 |
| 824 | Handwritten Notes (Site 5) | Rules 402, 403, 802, 901 |
| 825 | Selective Rx Journal Reports (Site 5) | Rules 402, 403, 802, 901 |
| 826 | Patient Summary for K.H. (Site 5) | Rules 402, 403, 802, 901 |
| 827 | Handwritten Note (Site 5) | Rules 402, 403, 802, 901 |
| 828 | Report of Kevin Williams Claims March 2015 (Site 2) | Rules 402, 403, 802, 901 |
| 829 | Report of Michael Taba Claims February 2015 (Site 2) | Rules 402, 403, 802, 901 |
| 830 | Judy Bachman Bandoola Bonus Letter (Site 4) | Rules 402, 403, 802, 901 |
| 831 | Records Regarding HJLM Holding, LLC v. Magnum Surgical Products, LLC | Rules 402, 403, 802, 901 |
| 832 | Original Petition | Rules 402, 403, 802, 901 |

| Ex. No. | Title/Description | Objection |
|---------|------------------|-----------|
| 833 | Original Answer | Rules 402, 403, 802, 901 |
| 834 | Certified Judgement | Rules 402, 403, 802, 901 |
| 835 | Ability Blank Prescription Forms (Site 2) | Rules 402, 403, 802, 901 |
| 836 | Blank Prescription Form (Site 1) | Rules 402, 403, 802, 901 |
| 837 | Report of Michael Taba Claims May-June 2014 (Site 2) | Rules 402, 403, 802, 901 |
| 838 | Kevin Williams Commission Report February 2015 (Site 2) | Rules 402, 403, 802, 901 |
| 839 | Notes on Insurance (Site 5) | Rules 402, 403, 802, 901 |
| 840 | Notes on Compound Medication Ingredients (Site 1) | Rules 402, 403, 802, 901 |
| 841 | Notes on Calling on Refills (Site 1) | Rules 402, 403, 802, 901 |
| 842 | Letter of Intent to Michael Taba Re Lease of 411 N General Bruce | Rules 402, 403, 802, 901 |
| 843 | Script for Insurance Information (Site 5) | Rules 402, 403, 802, 901 |
| 844 | Michael Taba Department of Labor Patient List (Site 4) | Rules 402, 403, 802, 901 |
| 845 | Handwritten Notes Regarding Purpose of Each Pharmacy (Site 4) | Rules 402, 403, 802, 901 |
| 846 | Handwritten Notes Regarding Patients of Michael Taba and Leslie Benson (Site 5) | Rules 402, 403, 802, 901 |
| 847 | Notes Regarding Holding Companies and Properties (Site 5) | Rules 402, 403, 802, 901 |
| 848 | Revenue by Doctor (Site 5) | Rules 402, 403, 802, 901 |
| 849 | Ledger (Site 5) | Rules 402, 403, 802, 901 |
| 850 | Rxpress Financial Notes (Site 5) | Rules 402, 403, 802, 901 |
| 851 | Check Register (Site 5) | Rules 402, 403, 802, 901 |
| 852 | Rxpress Balance Sheet (Site 5) | Rules 402, 403, 802, 901 |
| 853 | Fax from Leslie Benson's Office Regarding Cream Scripts (Site 2) | Rules 402, 403, 802, 901 |
| 854 | Handwritten Notes Regarding Jamshid Noryian by L.M. | Rules 402, 403, 802, 901 |
| 855 | Letter to James Noryian from M.M. (Site 4) | Rules 402, 403, 802, 901 |
| 856 | Letter to James Noryian from A.G. (Site 4) | Rules 402, 403, 802, 901 |
| 857 | Letter to James Noryian from R.M. (Site 4) | Rules 402, 403, 802, 901 |

| Ex. No. | Title/Description | Objection |
|---|---|---|
| 858 | Fax from Dr. Taba's Office Regarding Patient Schedules (Site 5) | Rules 402, 403, 802, 901 |
| 859 | Fax from Dr. Taba's Office Regarding Patient Schedules (Site 2) | Rules 402, 403, 802, 901 |
| 860 | Prescription by Dr. M.H. Deshid Nourian (Site 4) | Rules 402, 403, 802, 901 |
| 861 | Envelope Addressed to Sherri Mofid (Site 2) | Rules 402, 403, 802, 901 |
| 862 | List of Expenses (Site 5) | Rules 402, 403, 802, 901 |
| 863 | Revenue by Doctor (Site 5) | Rules 402, 403, 802, 901 |
| 864 | Checks to Suppliers (Site 2) | Rules 402, 403, 802, 901 |
| 865 | Handwritten Note Re J. Noryian | Rules 402, 403, 802, 901 |
| 866 | Aguilar Report | Rules 402, 403, 802, 901 |
| 867 | Prescription - Weaver, Ruby | Rules 402, 403, 802, 901 |
| 868 | Prescription - Welch, Debra | Rules 402, 403, 802, 901 |
| 869 | Photo: February 2016 Newspaper Article titled "Feds investigate Fort Worth-based firm" | Rules 402, 403, 802, 901, 1002 |
| 870 | Photo: Report of Michael Taba Claims Dated November 2014 | Rules 402, 403, 802, 901, 1002 |
| 871 | TMESYS Accepted Claims - Industrial and Family Pharmacy | Rules 402, 403, 802, 901 |
| 901 | Photo: Ability Pharmacy (Exterior) | None |
| 902 | Photo: Ability Pharmacy (Interior) | None |
| 903 | Photo: Industrial Pharmacy (Exterior) | None |
| 904 | Photo: Industrial Pharmacy (Interior) | None |
| 905 | Photo: Park Row Pharmacy (Exterior) | None |
| 906 | Photos: Park Row Pharmacy (Interior) | None |
| 907 | Photo: Ability Pharmacy Rx Ending 057-00 (Blue Bottle) for L.S. | Rules 402, 403, 802, 901, 1002 |
| 908 | Photo: Ability Pharmacy Rx Ending 436-00 (White Cap/Tan Bottle) for L.S. | Rules 402, 403, 802, 901, 1002 |
| 909 | Photo: Ability Pharmacy (Bottles on Microwave) for L.S. | Rules 402, 403, 802, 901, 1002 |
| 910 | Photo: Ability Pharmacy and Industrial & Family (Blue and Clear/White Bottles) for R.C. | Rules 402, 403, 802, 901, 1002 |
| 911 | Photo: Louis Vuitton Handbag | Rules 402, 403, 901, 1002 |
| 912 | Photos: BMW | Rules 402, 403, 901 |

| Ex. No. | Title/Description | Objection |
|---------|------------------|-----------|
| 913 | Photo: 217 Bella Riva | Rules 402, 403, 901 |
| 914 | Recorded Conversation - James Noryian and Jared Haggard 10.05.15 | None |
| 915 | Transcript of Recorded Call - J. Noryian and J. Haggard 10.05.15 | None |
| 916 | Recorded Conversation - James Noryian and Jared Haggard 10.05.15 (Closed-Captioned) | None |
| 917 | Recorded Conversation - Dehshid Nourian and Jeff Byrum 01.26.16 | None |
| 918 | Transcript of Recorded Call - D. Nourian and J. Byrum 01.26.16 | None |
| 919 | Recorded Conversation: Dehshid Nourian and Jeff Byrum 01.26.16 (Closed-Captioned) | None |
| 920 | Recorded Conversation - James Noryian and Rey Moreno 06.28.16 | None |
| 921 | Transcript of Recorded Call - J. Noryian and R. Moreno 06.28.16 | None |
| 922 | Recorded Conversation - James Noryian and Rey Moreno 06.25.16 (Closed-Captioned) | None |
| 923 | Mailbox Service Agreement Signed by Leyla Nourian | Rules 402, 403, 802, 901 |
| 924 | Photo: 217 Bella Riva | Rules 402, 403, 901 |
| 925 | Photo: 217 Bella Riva | Rules 402, 403, 901 |
| 926 | Photo: 217 Bella Riva | Rules 402, 403, 901 |
| 927 | Stewart Title - 217 Bella Riva | Rules 402, 403, 802, 901 |
| 928 | Alamo Title - 2525 Handley - Leyla Nourian | Rules 402, 403, 802, 901 |
| 929 | Van Alstyne - Sherri Mofid | Rules 402, 403, 802, 901 |
| 930 | Autobahn BMW | Rules 402, 403, 802, 901 |
| 930 | Prescription Pain Cream Medication Tubes – Physical Exhibit | Rules 402, 403, 901 |
| 931 | Prescription Vitamins Bottles – Physical Exhibit | Rules 402, 403, 901 |
| 932 | Louis Vuitton Handbag – Physical Exhibit | Rules 402, 403, 901 |
| 1001 | Total Amounts Billed to DOL-OWCP | Rules 403, 1002, 1006 |
| 1002 | Total Amounts Paid by DOL-OWCP | Rules 403, 1002, 1006 |

| Ex. No. | Title/Description | Objection |
|---------|------------------|-----------|
| 1003 | Ability and Park Row Pharmacies BCBS Claims Data - All Claims | Rules 403, 1002, 1006 |
| 1004 | Ability Pharmacy BCBS Claims Data - All Claims | Rules 403, 1002, 1006 |
| 1005 | Ability Pharmacy BCBS Claims Data - Employee | Rules 403, 1002, 1006 |
| 1006 | Ability Pharmacy - Megan Marines - Rx No. 948636 | Rules 403, 1002, 1006 |
| 1007 | Ability Pharmacy - Amoret Guadian - Rx No. 948634 | Rules 403, 1002, 1006 |
| 1008 | Ability Pharmacy - Reynaldo Moreno - Rx No. 948617 | Rules 403, 1002, 1006 |
| 1009 | Deposits of DOL Funds | Rules 403, 1002, 1006 |
| 1010 | Count 11 Wire Transfer | Rules 403, 1002, 1006 |
| 1011 | Count 11 Cashier's Checks | Rules 403, 1002, 1006 |
| 1012 | Count 12 Online Transfer | Rules 403, 1002, 1006 |
| 1013 | Count 13 Wire Transfer | Rules 403, 1002, 1006 |
| 1014 | Counts 11-13 Transfer | Rules 403, 1002, 1006 |
| 1015 | Count 14 Wire Transfer | Rules 403, 1002, 1006 |
| 1016 | Count 14 Cashier's Checks | Rules 403, 1002, 1006 |
| 1017 | Count 15 Online Transfer | Rules 403, 1002, 1006 |
| 1018 | Count 16 Wire Transfer | Rules 403, 1002, 1006 |
| 1019 | Cashier's Checks | Rules 403, 1002, 1006 |
| 1020 | Counts 14-16 Transfer | Rules 403, 1002, 1006 |
| 1021 | Direct Payments to Michael Taba w/o Repayments | Rules 403, 1002, 1006 |
| 1022 | Direct Payments to Michael Taba w Repayments | Rules 403, 1002, 1006 |
| 1023 | Other Payments to Michael Taba | Rules 403, 1002, 1006 |
| 1024 | Taba Account Balances | Rules 403, 1002, 1006 |
| 1025 | Assets Traced from DOL Funds | Rules 403, 1002, 1006 |
| 1026 | Payments to Kevin Williams | Rules 403, 1002, 1006 |
| 1027 | Reported vs Actual Expenses | Rules 403, 1002, 1006 |
| 1028 | Cashier's Check 7 Example | Rules 403, 1002, 1006 |
| 1029 | Cashier's Check 76 Example | Rules 403, 1002, 1006 |
| 1030 | Cashier's Check 137 138 Example | Rules 403, 1002, 1006 |
| 1031 | Cashier's Check 183 184 185 Example | Rules 403, 1002, 1006 |
| 1032 | Cashier's Check 205 Example | Rules 403, 1002, 1006 |
| 1033 | Cashier's Checks Purchased and Expensed | Rules 403, 1002, 1006 |

August 21, 2023

Respectfully submitted,

**REESE MARKETOS LLP**


By: _/s/ Andrew O. Wirmani_
    Andrew O. Wirmani
    Texas Bar No. 24052287
    andrew.wirmani@rm-firm.com
    Joshua M. Russ
    Texas Bar No. 24074990
    josh.russ@rm-firm.com
    Margaret Terwey
    State Bar of Texas No. 24087454
    margaret.terwey@rm-firm.com
    750 N. Saint Paul St., Suite 600
    Dallas, Texas 75201-3201
    214.382.9810 telephone
    214.501.0731 facsimile
    **ATTORNEYS FOR**
    **CHRISTOPHER RYDBERG**


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 21, 2023, a true and correct copy of this document was served on all counsel of record pursuant to the Federal Rules of Criminal Procedure.


By: _/s/ Andrew O. Wirmani_