IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | Case No.   3:17-CR-155-L |
| | § § | |
| CHRISTOPHER RYDBERG (3) | § § | |

## CHRISTOPHER RYDBERG'S OBJECTIONS TO
## DAVID NOURIAN'S EXHIBIT LIST

Pursuant to the Court's Scheduling Order, Defendant Christopher Rydberg ("Rydberg") files these objections to Defendant David Nourian's Exhibit List (Dkt 573).  Defendant Rydberg reserves the right to adopt the objections of other parties.  Defendant Rydberg further reserves the right to amend or add to these objections based on testimony adduced at trial.

| Ex. No. | Title/Description | Objection |
|---|---|---|
| 001 | Chase Wire Transfer Outgoing Request ($3.5M) | Rules 802, 901 |
| 002 | Chase Wire Transfer Outgoing Request ($5.266M) | Rules 802, 901 |
| 003 | Email from J. Byrum to D. Nourian | None |
| 004 | Handwritten Note from R. Ritter to C. Rydberg | None |
| 005 | Commercial Lease between Ability and Ace King | None |
| 006 | Commercial Lease between Ability and Ace King | None |
| 007 | Certified Filing with Secretary of State for Ace King | None |
| 008 | 558 Hemphill Street Warranty Deed | None |
| 009 | Handwritten Note from R. Ritter to D. Nourian | None |
| 010 | 428 Lipscomb Warranty Deed | None |
| 011 | 709 Pennsylvania Street Warranty Deed | None |
| 012 | 1401 Independence Parkway Warranty Deed | None |
| 013 | 3906 W Wisdom Road Warranty Deed | None |
| 014 | RESERVED | |
| 015 | RESERVED | |
| 016 | RESERVED | |

| Ex. No. | Title/Description | Objection |
|---------|-------------------|-----------|
| 017 | RESERVED | |
| 018 | RESERVED | |
| 019 | RESERVED | |
| 020 | RESERVED | |
| 021 | RESERVED | |
| 022 | RESERVED | |
| 023 | RESERVED | |
| 024 | RESERVED | |
| 025 | RESERVED | |

August 21, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**REESE MARKETOS LLP**

　　　　　　　　　　　　　　　　　　　By: /s/ *Andrew O. Wirmani*
　　　　　　　　　　　　　　　　　　　　　Andrew O. Wirmani
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24052287
　　　　　　　　　　　　　　　　　　　　　andrew.wirmani@rm-firm.com
　　　　　　　　　　　　　　　　　　　　　Joshua M. Russ
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24074990
　　　　　　　　　　　　　　　　　　　　　josh.russ@rm-firm.com
　　　　　　　　　　　　　　　　　　　　　Margaret Terwey
　　　　　　　　　　　　　　　　　　　　　State Bar of Texas No. 24087454
　　　　　　　　　　　　　　　　　　　　　margaret.terwey@rm-firm.com
　　　　　　　　　　　　　　　　　　　　　750 N. Saint Paul St., Suite 600
　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201-3201
　　　　　　　　　　　　　　　　　　　　　214.382.9810 telephone
　　　　　　　　　　　　　　　　　　　　　214.501.0731 facsimile
　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR**
　　　　　　　　　　　　　　　　　　　　　**CHRISTOPHER RYDBERG**

## CERTIFICATE OF SERVICE

　　　I hereby certify that on August 21, 2023, a true and correct copy of this document was served on all counsel of record pursuant to the Federal Rules of Criminal Procedure.

　　　　　　　　　　　　　　　　　　　By: /s/ *Andrew O. Wirmani*