IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | Case No.   3:17-CR-155-L |
| | § | |
| CHRISTOPHER RYDBERG (3) | § | |

**CHRISTOPHER RYDBERG'S OBJECTIONS TO
JAMSHID "JAMES" NORYIAN'S EXHIBIT LIST**

Pursuant to the Court's Scheduling Order, Defendant Christopher Rydberg ("Rydberg") files these objections to Defendant Jamshid "James" Nourian's Exhibit List (Dkt 570). Defendant Rydberg reserves the right to adopt the objections of other parties. Defendant Rydberg further reserves the right to amend or add to these objections based on testimony adduced at trial.

| Ex. No. | Title/Description | Objection |
| --- | --- | --- |
| 1 | Ability Pharmacy Board of Pharmacy Records | None |
| 2 | Industrial & Family Pharmacy Board of Pharmacy Records | None |
| 3 | Park Row Pharmacy Board of Pharmacy Records | None |
| 10 | Ability Pharmacy Secretary of State Records | None |
| 11 | Industrial & Family Pharmacy Secretary of State Records | None |
| 12 | Park Row Pharmacy Secretary of State Records | None |
| 20 | Ability Pharmacy Financial Records | None |
| 21 | Industrial & Family Pharmacy Financial Records | None |
| 22 | Park Row Pharmacy Financial Records | None |
| 30 | Ability Pharmacy 2015 Tax Records | None |
| 31 | Ability Pharmacy 2016 Tax Records | None |
| 32 | Industrial & Family Pharmacy 2015 Tax Records | None |
| 33 | Industrial & Family Pharmacy 2016 Tax Records | None |

| Ex. No. | Title/Description | Objection |
| --- | --- | --- |
| 34 | Park Row Pharmacy 2015 Tax Records | None |
| 35 | Park Row Pharmacy 2016 Tax Records | None |
| 36 | Ability Pharmacy 2022 Tax Records | None |
| 37 | Bandoola Pharmaceutical 2015 Tax Records | None |
| 38 | Bandoola Pharmaceutical 2016 Tax Records | None |
| 40 | Ace Queen Secretary of State Records | None |
| 41 | Ace King Secretary of State Records | None |
| 42 | Bandoola Pharmaceuticals Secretary of State Records | None |
| 43 | HJLM Holding Secretary of State Records | None |
| 44 | Jade and Joy Holding Secretary of State Records | None |
| 45 | Queen Shiva Secretary of State Records | None |
| 50 | Ace Queen Financial Records | None |
| 51 | Bandoola Pharmaceutical Financial Records | None |
| 52 | HJLM Holding Secretary of State Records | None |
| 53 | Jade and Joy Holding Secretary of State Records | None |
| 54 | Queen Shiva Secretary of State Records | None |
| 60 | Email re Aslung and David Nourian Loans | None |
| 61 | Email re Robert Ritter's Personal Account | None |
| 62 | Email re Aslung Bank Loan | None |
| 63 | Email re Ritter/OmniAmerican v. Aslung | None |
| 70 | Investment Offering | None |
| 71 | Promissory Note with Personal Guarantee | None |
| 72 | Email with Floorplan for Hemphill Location | None |
| 73 | Email re Grainger Title Policy | None |
| 74 | Email re Austin Building | None |
| 75 | Email re Henderson Deal | None |
| 76 | Email re Wendy Davis | None |
| 80 | Casa Manana Lease | Illegible |
| 81 | Le Bijou Term Sheet | None |
| 90 | Curtis Wise Guaranty and Loan | None |
| 91 | Curtis Wise Promissory Note and Guaranty | None |
| 100 | Industrial & Family Pharmacy Purchase Agreement | None |
| 110 | Michael Taba Promissory Note | None |
| 111 | Taba Loan Repayments | None |

| Ex. No. | Title/Description | Objection |
|---|---|---|
| 112 | Letter re Loan payoff | None |
| 115 | Paint and Remodeling Invoice | None |
| 116 | Office Remodel Estimate | None |
| 117 | Deck Repair Invoice | None |
| 118 | Office Remodel Invoice | None |
| 119 | Patio Invoice | None |
| 120 | Deck Repair Invoice | None |
| 121 | Office Remodel Proposal | None |
| 122 | Office Remodel Proposal | None |
| 123 | Taba House Remodel Images | None |
| 124 | Taba House Remodel Images | None |
| 125 | Taba House Remodel Images | None |
| 126 | Taba Construction Repayments | None |
| 130 | Magnum Promissory Note | None |
| 131 | Magnum Promissory Note | None |
| 200 | Special Warranty Deed | None |
| 201 | Special Warranty Deed | None |
| 202 | Special Warranty Deed | None |
| 204 | Special Warranty Deed | None |
| 205 | Warranty Deed | None |
| 206 | Assignment of Rents | None |
| 207 | Extension of Real Estate Note and Lien | None |
| 208 | Mineral Deed | None |
| 209 | Special Warranty Deed | None |
| 210 | General Warranty Deed | None |
| 211 | Mineral Deed | None |
| 212 | Special Warranty Deed | None |
| 213 | Release of Lien | None |
| 214 | UCC Financing Statement | None |
| 215 | UCC Financing Statement | None |
| 220 | Robert Ritter Promissory Note | None |
| 221 | Robert Ritter Deed of Trust | None |
| 222 | Robert Ritter Assignment of Note and Lien | None |
| 223 | Transfer of Note and Security Interests | None |

| Ex. No. | Title/Description | Objection |
|---|---|---|
| 224 | Transfer of Note and Security Interests Marked Paid in Full | None |
| 225 | Ability Promissory Note | None |
| 226 | Ability Promissory Note | None |
| 227 | Ability Promissory Note | None |
| 228 | Robert Ritter Promissory Note | None |
| 229 | Robert Ritter Promissory Note | None |
| 230 | Robert Ritter Promissory Note | None |
| 231 | Ability Promissory Note | None |
| 232 | Ability Promissory Note | None |
| 233 | Ability Promissory Note | None |
| 234 | Ability Promissory Note | None |
| 235 | Robert Ritter Promissory Note | None |
| 236 | Robert Ritter Promissory Note | None |
| 237 | Robert Ritter Promissory Note | None |
| 238 | Wells Fargo Letter re Promissory Note | None |
| 239 | Wells Fargo Letter re Promissory Note | None |
| 240 | Letter re Tenant's Response to Landlord's Notice of Right of First Refusal | None |
| 250 | H2R Stock Certificate | None |
| 251 | Sherri Mofid K-1 | None |
| 252 | Sale and Transfer Agreement | None |
| 260 | Robert Ritter Bankruptcy Creditors | None |
| 261 | Motion for Relief from Automatic Stay | None |
| 262 | Application for Approval of Employment of Counsel | None |
| 263 | Motion for Authority to Draw Down Retainer | None |
| 264 | Motion for Authority to Draw Down Retainer | None |
| 265 | Motion for Authority to Draw Down Retainer | None |
| 266 | Motion to Dismiss Chapter 11 Case | None |
| 267 | Order Granting Motion to Dismiss Chapter 11 Case | None |
| 270 | Stock Partnership Agreement | None |
| 271 | Modification of Stock Partnership Agreement | None |
| 272 | Robert Ritter and Sherri Mofid Joint TD Ameritrade Account | None |

| Ex. No. | Title/Description | Objection |
|---|---|---|
| 273 | Real Estate Partnership and Joint Venture Agreement | None |
| 274 | Real Estate Partnership and Joint Venture Agreement Extension | None |
| 280 | Robert Ritter Promissory Note | None |
| 281 | Robert Ritter Promissory Note | None |
| 282 | Management/Consulting Agreement | None |
| 283 | Business Proposal Letter | None |
| 284 | Robert Ritter Promissory Note | None |

**Christopher Rydberg's Objections to**
**Jamshid Noryian's Exhibit List          Page - 5**

August 21, 2023                                     Respectfully submitted,

                                                    **REESE MARKETOS LLP**

By: */s/ Andrew O. Wirmani*
    Andrew O. Wirmani
    Texas Bar No. 24052287
    andrew.wirmani@rm-firm.com
    Joshua M. Russ
    Texas Bar No. 24074990
    josh.russ@rm-firm.com
    Margaret Terwey
    State Bar of Texas No. 24087454
    margaret.terwey@rm-firm.com
    750 N. Saint Paul St., Suite 600
    Dallas, Texas 75201-3201
    214.382.9810 telephone
    214.501.0731 facsimile
    **ATTORNEYS FOR**
    **CHRISTOPHER RYDBERG**

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, a true and correct copy of this document was served on all counsel of record pursuant to the Federal Rules of Criminal Procedure.

                                                    By: */s/ Andrew O. Wirmani*