IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | Case No. 3:17-CR-155-L |
| | § | |
| CHRISTOPHER RYDBERG (3) | § | |

# CHRISTOPHER RYDBERG'S OBJECTIONS TO DR. MICHAEL TABAS'S EXHIBIT LIST

Pursuant to the Court's Scheduling Order, Defendant Christopher Rydberg ("Rydberg") files these objections to Defendant Dr. Michael Taba's Exhibit List (Dkt 578). Defendant Rydberg reserves the right to adopt the objections of other parties. Defendant Rydberg further reserves the right to amend or add to these objections based on testimony adduced at trial.

| Ex. No. | Title/Description | Objection |
| --- | --- | --- |
| 001 | Standard Operating Policies and Procedures- Dr. Michael Taba Advanced Orthopedics | None |
| 002 | Policies and Procedures re: HIPAA – Advanced Orthopedics | Rules 402, 802 |
| 003 | Employee Contracts at Advanced Orthopedics | None |
| 004 | Preoperative and Postoperative Instructions – Advanced Orthopedics | None |
| 005 | Letter from Dr. Michael Taba to Home Health Services dated October 23, 2013 | None |
| 006 | Intra-office Email from Dr. Taba dated October 25, 2014 | None |
| 007 | "DO NOT FILL" Patient List- Advanced Orthopedics. | Rules 802, 901 |
| 008 | Compounding Protocol by Melissa Driver | Rules 802, 901 |
| 009 | Patient DJ Medical Chart | None |
| 010 | Patient DS Medical Chart | None |
| 011 | Patient RC Medical Chart | None |

**Christopher Rydberg's Objections to**
**Dr. Michael Taba's Exhibit List          Page - 1**

| Ex. No. | Title/Description | Objection |
|---|---|---|
| 012 | Patient LB Medical Chart | None |
| 013 | Patient JA Medical Chart | None |
| 014 | Patient CM Medical Chart | None |
| 015 | Patient EH Medical Chart | Not Provided |
| 016 | Patient MD Medical Chart | Not Provided |
| 017 | Patient TS Medical Chart | Not Provided |
| 018 | Patient JK Medical Chart | Not Provided |
| 019 | Patient DJ.2 Medical Chart | Not Provided |
| 020 | Patient EM Medical Chart | Not Provided |
| 021 | Patient JJ Medical Chart | None |
| 022 | Patient LH Medical Chart | None |
| 023 | Patient AR Medical Chart | None |
| 024 | Patient YB Medical Chart | None |
| 025 | Patient RS Medical Chart | None |
| 026 | Patient LF Medical Chart | None |
| 027 | Patient AD Medical Chart | None |
| 028 | Patient JJ.2 Medical Chart | None |
| 029 | Patient JS Medical Chart | Not Provided |
| 030 | Patient IP Medical Chart | Not Provided |
| 031 | Patient LM Medical Chart | Not Provided |
| 032 | Patient KC Medical Chart | Not Provided |
| 033 | Patient LP Medical Chart | Not Provided |
| 034 | Patient SB Medical Chart | Not Provided |
| 035 | Patient EL Medical Chart | Not Provided |
| 036 | Patient SR Medical Chart | Not Provided |
| 037 | Patient KR Medical Chart | Not Provided |
| 038 | Patient AM Medical Chart | Not Provided |
| 039 | Patient NB Medical Chart | Not Provided |
| 040 | Patient SR Medical Chart | Not Provided |
| 041 | Patient LO Medical Chart | Not Provided |
| 042 | Patient IS Medical Chart | Not Provided |
| 043 | Patient BE Medical Chart | Not Provided |
| 044 | Patient RM Medical Chart | Not Provided |
| 045 | Patient MM Medical Chart | Not Provided |
| 046 | Patient EG Medical Chart | Not Provided |

| Ex. No. | Title/Description | Objection |
|---|---|---|
| 047 | Patient RF Medical Chart | Not Provided |
| 048 | Patient JA Medical Chart | Not Provided |
| 049 | Patient PS Medical Chart | Not Provided |
| 050 | Patient BO Medical Chart | Not Provided |
| 051 | Patient CO Medical Chart | Not Provided |
| 052 | Patient LP Medical Chart | Not Provided |
| 053 | Patient AC Medical Chart | Not Provided |
| 054 | Patient LC Medical Chart | Not Provided |
| 055 | Patient CC Medical Chart | Not Provided |
| 056 | Patient AC.2 Medical Chart | Not Provided |
| 057 | Email Communications dated 12/2014 between Jesse Dresser and Ali Alavi, Christopher Rydberg | Rules 402, 802, 901 |
| 058 | Email communications between Melissa Driver and Robert Van Gieson | None |
| 059 | Email Communications between Dr. Taba and Melissa Driver | None |
| 060 | Intra office emails communications- General | None |
| 061 | Email Communications between Melissa Driver and Ability Pharmacy Personnel | Rules 402, 403, 802, 901 |
| 062 | Email From Sharnece Pratt to Melissa St. Clair July 22, 2014 | Not Provided |
| 063 | Emails from Peggy Packard | None |
| 064 | Facsimile transmissions from Melissa Driver to "James" Noryian | None |
| 065 | Advanced Orthopedics Clinic Schedule December 2014 | Not Provided |
| 066 | Billing Records by Megan Marines, Mona Guadian, and Carlos Lopez September 2014 | Rules 402, 403, 802, 901 |
| 067 | Note from Mona Guadian to James Noryian "$$moneyteam$$" | Rules 402, 403, 802, 901 |
| 068 | CV – Dr. David Lewis | None |
| 069 | Compounding Cream Journal Articles | Not Provided |
| 070 | Voltaren Gel Insert- Drug insert | None |
| 071 | CV- Dr. Neal Small | None |

| Ex. No. | Title/Description | Objection |
|---|---|---|
| 072 | CV- Dr. Daniel Buffington | None |
| 073 | CV -Bart Baggett | Rules 402, 403, 802, 901 |
| 074 | Revision Bulletin- Pharmaceutical Compounding Non Sterile Preparations | None |
| 075 | Topical Compound Components- 1-4916 | Not Provided |
| 076 | Handwritten Notes for Calling on Refills- 1-4920 | Not Provided |
| 077 | Instructional Handwritten and Typed Notes on filling out Rx 1-4927, 1-5515-16 | Not Provided |
| 078 | Plea Agreement, Kevin Williams | None |
| 079 | Factual Resume, Kevin Williams | Rules 402, 403, 802 |
| 080 | Plea Agreement Supplement, Kevin Williams | None |
| 081 | Facsimile transmissions from Judy Bachman to Melissa Driver 1-5484, 2-1554 | Not Provided |
| 082 | Reserved | |
| 083 | Reserved | |
| 084 | Reserved | |
| 085 | Reserved | |
| 086 | Reserved | |
| 087 | Reserved | |
| 088 | Reserved | |
| 089 | Reserved | |
| 090 | Reserved | |
| 091 | Reserved | |
| 092 | Reserved | |
| 093 | Reserved | |
| 094 | Reserved | |
| 095 | Reserved | |
| 096 | Reserved | |
| 097 | Memorandum of Interviews conducted by the government | Not Provided |
| 098 | Bandoola Surgical Magnum Loans February 2015- October 2015 totaling 18 million dollars | None |

| Ex. No. | Title/Description | Objection |
|---|---|---|
| 099 | Email from Megan Marines to Williams May 2, 2016 | Not Provided |
| 100 | Electronic Medical Records Work Flow Fax System | Rules 402, 403, 802, 901 |
| 101 | Standard Operating Procedure Re: Refills of Prescriptions | Not Provided |
| 102 | Dr. Taba's Office Billing | Not Provided |
| 103 | CVS CareMark Audit 1/9/2015 | Rules 402, 403, 802, 901 |
| 104 | CVS CareMark Audit letter of 10/29/2014 | Rules 402, 403, 802, 901 |
| 105 | Bank Records for Dr. Taba- personal | None |
| 106 | Bank Records for Advanced Orthopedics | None |
| 107 | Dr. Taba's Personal Income Tax Return - 2012 | 402, 403, 802, 901 |
| 108 | Dr. Taba's Personal Income Tax Return - 2013 | 402, 403, 802, 901 |
| 109 | Dr. Taba's Personal Income Tax Return - 2014 | 402, 403, 802, 901 |
| 110 | Dr. Taba's Personal Income Tax Return - 2015 | 402, 403, 802, 901 |
| 111 | Dr. Taba's Personal Income Tax Return - 2016 | 402, 403, 802, 901 |
| 112 | Dr. Taba's Personal Income Tax Return - 2017 | 402, 403, 802, 901 |
| 113 | Dr. Taba's Personal Income Tax Return - 2018 | 402, 403, 802, 901 |
| 114 | Advanced Orthopedics Income Tax Return - 2012 | 402, 403, 802, 901 |
| 115 | Advanced Orthopedics Income Tax Return - 2013 | 402, 403, 802, 901 |
| 116 | Advanced Orthopedics Income Tax Return - 2014 | 402, 403, 802, 901 |
| 117 | Advanced Orthopedics Income Tax Return - 2015 | 402, 403, 802, 901 |

| Ex. No. | Title/Description | Objection |
|---|---|---|
| 118 | Advanced Orthopedics Income Tax Return - 2016 | 402, 403, 802, 901 |
| 119 | Advanced Orthopedics Income Tax Return - 2017 | 402, 403, 802, 901 |
| 120 | Advanced Orthopedics Income Tax Return - 2018 | 402, 403, 802, 901 |
| 121 | Letter of Intent to lease 411 N General Bruce property from James Noryian as Exhibit to lawsuit filed in Belton, Texas | Not Provided |
| 122 | Cashier's Checks- Not intended for Use | Not Provided |
| 123 | Forged prescriptions – prescription refills | Not Provided |
| 124 | Apothecary prescriptions | Not Provided |
| 125 | Authorized prescriptions by Dr. Taba | None |
| 126 | Cashier's checks issued to Dr. Taba for loan | Not Provided |
| 127 | Checks paid by Dr. Taba for repayment of loan | Not Provided |
| 128 | Certified copy of civil judgment | 402, 403, 802, 901 |
| 129 | Certified copy of appellate bond | None |
| 130 | Letter re: loan satisfaction with interest | Not Provided |
| 131 | Civil settlement agreement between Cruz and Dr. Taba | Not Provided |
| 132 | Letter from OWCP to KR, dated 8-31-16 | None |
| 133 | Letter from OWCP to BE, dated 8-31-16 | None |

August 21, 2023						Respectfully submitted,

							**REESE MARKETOS LLP**


							By: /s/ *Andrew O. Wirmani*
							    Andrew O. Wirmani
							    Texas Bar No. 24052287
							    andrew.wirmani@rm-firm.com
							    Joshua M. Russ
							    Texas Bar No. 24074990
							    josh.russ@rm-firm.com
							    Margaret Terwey
							    State Bar of Texas No. 24087454
							    margaret.terwey@rm-firm.com
							    750 N. Saint Paul St., Suite 600
							    Dallas, Texas 75201-3201
							    214.382.9810 telephone
							    214.501.0731 facsimile
							    **ATTORNEYS FOR**
							    **CHRISTOPHER RYDBERG**


## CERTIFICATE OF SERVICE

    I hereby certify that on August 21, 2023, a true and correct copy of this document was served on all counsel of record pursuant to the Federal Rules of Criminal Procedure.


							By: /s/ *Andrew O. Wirmani*