IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JAMSHID NORYIAN            (1)<br>  a.k.a JAMES NORYIAN<br>DEHSHID NOURIAN            (2)<br>  a.k.a DAVID NOURIAN<br>CHRISTOPHER RYDBERG    (3)<br>MICHAEL TABA                     (7) | NO.  3:17-cr-00155-L |

# DEFENDANT JAMSHID "JAMES" NORYIAN'S (1) OBJECTIONS TO CHRIS RYDBERG'S (3) EXHIBITS

Defendant Jamshid "James" Noryian through undersigned counsel submits his objections to Chris Rydberg's exhibits pursuant to the Scheduling Order entered by the Court (ECF No. 540). Mr. Noryian reserves the right to adopt the objections of other parties and the right to amend or add to these objections based on testimony adduced at trial.

| Ex. No. | Title | Objection |
|---|---|---|
| 1 | SOS - Bandoola Pharmaceutical LLC | |
| 2 | SOS - Industrial & Family Pharmacy, Inc. | |
| 3 | SOS - Ability Pharmacy, Inc | |
| 4 | SOS - JCD Realty LLC | Relevance (FRE 402) |
| 5 | SOS - Jade and Joy Holding, LLC | |
| 6 | SOS - HJLM Holding, LLC | |
| 7 | SOS - Queen Shiva LLC | |
| 8 | SOS - Park Row Pharmacy, LLC | |
| 9 | Jade and Joy Holding LLC 1065 account transcript 2016.pdf | |

| | | |
|---|---|---|
| 10 | Rdyberg MeF Form 1040 2015.pdf | |
| 11 | Khavarmanesh 1040 account transcript 2015.pdf | |
| 12 | Nourian MeF Form 1040 2016.pdf | Relevance (FRE 402) |
| 13 | Rydberg 1040 account transcript 2015.pdf | |
| 14 | Ability Pharmacy Inc 1120S account transcript 2015.pdf | |
| 15 | HJLM Holding LLC 1065 account transcript 2016.pdf | |
| 16 | Nourian 1040 account transcript 2015.pdf | |
| 17 | Bandoola Pharmaceutical LLC 1065 account transcript 2016.pdf | |
| 18 | Park Row Pharmacy LLC 1120S account transcript 2016.pdf | |
| 19 | Khavarmanesh MeF Form 1040 2015.pdf | |
| 20 | Ritter J. 1040 account transcript 2015.pdf | |
| 21 | Industrial & Family Pharmacy Inc 1120 account transcript 2015.pdf | |
| 22 | HJLM Holdings LLC MeF Form 1065 2015.pdf | |
| 23 | HJLM Holdings LLC MeF Form 1065 2016.pdf | |
| 24 | Ritter J. MeF Form 1040 2015.pdf | |
| 25 | Jade and Joy Holding LLC MeF Form 1065 2015.pdf | |
| 26 | Ability Pharmacy Inc MeF Form 1120S 2015.pdf | |
| 27 | Bandoola Pharmaceutical LLC MeF Form 1065 2015.pdf | |
| 28 | Ability Pharmacy Inc MeF Form 1120S 2016.pdf | |
| 29 | Jade and Joy Holding LLC 1065 account transcript 2015.pdf | |
| 30 | Park Row Pharmacy LLC MeF Form 1120S2016.pdf | |
| 31 | Industrial & Family Pharmacy Inc MeF Form 1120S2015.pdf | |
| 32 | Park Row Pharmacy LLC 1120S account transcript 2015.pdf | |

| | | |
|---|---|---|
| 33 | Ritter R. MeF Form 1040 2015.pdf | |
| 34 | Ritter R. 1040 account transcript 2015.pdf | |
| 35 | HJLM Holding LLC 1065 account transcript 2015.pdf | |
| 36 | Nourian 1040 account transcript 2016.pdf | |
| 37 | Bandoola Pharmaceutical LLC 1065 account transcript 2015.pdf | |
| 38 | Ability Pharmacy Inc 1120S account transcript 2016.pdf | |
| 39 | Park Row Pharmacy LLC Form 1120S 2015.pdf | |
| 40 | Bandoola Pharmaceutical LLC MeF Form 1065 2016.pdf | |
| 41 | Jade and Joy Holding LLC MeF Form 1065 2016.pdf | |
| 42 | Nourian MeF Form 1040 2015.pdf | Relevance (FRE 402) |
| 43 | Williams Phone - Messages Chat - AppleiPhone6s | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Hearsay within hearsay (FRE 805)<br>Lack of Foundation (FRE 602) |
| 44 | Williams Phone 2 - Messages_Chat - AppleiPhone6s | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Hearsay within hearsay (FRE 805)<br>Lack of Foundation (FRE 602) |
| 45 | Text messages Rydberg and Williams | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 46 | Text messages Rydberg and Williams | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 47 | Text messages Rydberg and Williams | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 48 | Text messages Rydberg and Williams | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802) |

| | | |
|---|---|---|
| | | Lack of Foundation (FRE 602) |
| 49 | RESERVED | |
| 50 | RESERVED | |
| 51 | RESERVED | |
| 52 | RESERVED | |
| 53 | RESERVED | |
| 54 | RESERVED | |
| 55 | AT&T Records for Rydberg and Williams | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 56 | Plea Agreement Supplement - Williams | |
| 57 | Emails between Williams and Marines | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Hearsay within hearsay (FRE 805)<br>Lack of Foundation (FRE 602) |
| 58 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 59 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 60 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 61 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 62 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 63 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 64 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |

| | | |
|---|---|---|
| 65 | Email between Rydberg and James Noryian | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 66 | Email between Uddin and McCoy | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 67 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 68 | Email between Uddin, James Noryian, Leyla Nourian, and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 69 | Email between Rydberg and David Noryian | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 70 | Email between Uddin and McCoy | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 71 | Email between Uddin and McCoy | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 72 | Email between Uddin and McCoy | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 73 | Email between Uddin, Rydberg, McCoy, and James Noryian | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 74 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 75 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 76 | Emails between Uddin and Bachman | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802) |

| | | |
|---|---|---|
| | | Lack of Foundation (FRE 602) |
| 77 | Emails between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 78 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 79 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 80 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 81 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 82 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 83 | Email between Uddin and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 84 | Industrial Pharmacy – 2016 Signature Form 8879-S | |
| 85 | Industrial Pharmacy – 2015 Signature Form 8879-S | |
| 86 | Park Row Pharmacy – 2015 Signature Form 8879-S | |
| 87 | Park Row Pharmacy – 2016 Signature Form 8879-S | |
| 88 | Bandoola 1065 201512 | Undue Prejudice, Misleading (FRE 403) |
| 89 | Bandoola 1065 201612 | |
| 90 | Jade Joy 1065 2015 | |
| 91 | Jade Joy 1065 2016 | |
| 92 | HJLM 1065 201512 | |
| 93 | HJLM 1065 201612 | |
| 94 | Kimberly McCoy Cell Phone Report | Authenticity (FRE 901, 902) |

6

| | | |
|---|---|---|
| | | Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Hearsay within hearsay (FRE 805)<br>Lack of Foundation (FRE 602)<br>Undue Prejudice (FRE 403) |
| 95 | RESERVED | |
| 96 | RESERVED | |
| 97 | RESERVED | |
| 98 | RESERVED | |
| 99 | RESERVED | |
| 100 | RESERVED | |
| 101 | Kimberly McCoy business card | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 102 | Email between McCoy and Sumerour | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 103 | Email between McCoy and Mitzy P. | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 104 | Email between McCoy and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Hearsay within hearsay (FRE 805)<br>Lack of Foundation (FRE 602) |
| 105 | Email between McCoy, James Noryian, and Zamanian | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 106 | Email between McCoy, James Noryian, Ritter, and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 107 | Email between McCoy and James | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 108 | Email between Rydberg and jerry@themcculleyteam.com, James Noryian, and McCoy | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 109 | Email between Callahan, McCoy, Rydberg, and James Noryian | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802) |

| | | |
|---|---|---|
| | | Lack of Foundation (FRE 602) |
| 110 | Email between Uddin and Noryian | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 111 | Email between McCoy and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 112 | Email between McCoy and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 113 | Email between McCoy and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 114 | Email between McCoy and Ryan Groeneweg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 115 | Email between James Noryian and Callahan | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 116 | Email between Rydberg, McCoy, James Noryian and Callahan | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 117 | Email between McCoy and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 118 | Email between McCoy, James Noryian, and other | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 119 | Email between Kathy Loredo, McCoy, and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 120 | Email between McCoy and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 121 | Email between McCoy and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402) |

| | | |
|---|---|---|
| | | Hearsay (FRE 802) <br> Lack of Foundation (FRE 602) |
| 122 | Email between McCoy and Sager | Authenticity (FRE 901) <br> Relevance (FRE 402) <br> Hearsay (FRE 802) <br> Lack of Foundation (FRE 602) |
| 123 | Email between McCoy and Loredo | Authenticity (FRE 901) <br> Relevance (FRE 402) <br> Hearsay (FRE 802) <br> Lack of Foundation (FRE 602) |
| 124 | Email between McCoy and JB | Authenticity (FRE 901) <br> Relevance (FRE 402) <br> Hearsay (FRE 802) <br> Lack of Foundation (FRE 602) |
| 125 | Email between McCoy and Sager | Authenticity (FRE 901) <br> Relevance (FRE 402) <br> Hearsay (FRE 802) <br> Lack of Foundation (FRE 602) |
| 126 | Email between McCoy and James Noryian | Authenticity (FRE 901) <br> Relevance (FRE 402) <br> Hearsay (FRE 802) <br> Lack of Foundation (FRE 602) |
| 127 | Email between McCoy and Brian Reising | Authenticity (FRE 901) <br> Relevance (FRE 402) <br> Hearsay (FRE 802) <br> Lack of Foundation (FRE 602) |
| 128 | Email between Fayyazi and McCoy | Authenticity (FRE 901) <br> Relevance (FRE 402) <br> Hearsay (FRE 802) <br> Lack of Foundation (FRE 602) |
| 129 | Email between McCoy and Ritter | Authenticity (FRE 901) <br> Relevance (FRE 402) <br> Hearsay (FRE 802) <br> Lack of Foundation (FRE 602) |
| 130 | Email between McCoy, Ritter, and Khavarmanesh | Authenticity (FRE 901) <br> Relevance (FRE 402) <br> Hearsay (FRE 802) <br> Lack of Foundation (FRE 602) |
| 131 | Email between McCoy, Ritter, and Khavarmanesh | Authenticity (FRE 901) <br> Relevance (FRE 402) <br> Hearsay (FRE 802) <br> Lack of Foundation (FRE 602) |
| 132 | Email between McCoy and Fayyazi | Authenticity (FRE 901) <br> Relevance (FRE 402) <br> Hearsay (FRE 802) <br> Lack of Foundation (FRE 602) |
| | Email between McCoy, Ritter, and | Authenticity (FRE 901) |

| | | |
|---|---|---|
| 133 | Khavarmanesh | Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 134 | Email between Rydberg, James Noryian, and Robert Ritter | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 135 | Email between McCoy and Bachman | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 136 | Email between McCoy, Rydberg, and Bachman | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 137 | Email between Bachman and others | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 138 | Email between McCoy, James Noryian, and Moreno | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 139 | Email between Rydberg and Fayyazi | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 140 | Email between McCoy and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 141 | Email between McCoy and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 142 | Email between McCoy and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>  Lack of Foundation (FRE 602) |
| 143 | Email between McCoy and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 144 | Email between Ritter, McCoy, Rydberg, and James Noryian | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |

| | | |
|---|---|---|
| 145 | Email between McCoy, James G, and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 146 | Email between McCoy, Uddin, James Noryian, and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 147 | Email between McCoy and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 148 | Email between McCoy, Wally Jones, and Rydberg | |
| 149 | Email between McCoy, Rydberg, and Vahid Behzadi | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 150 | Email between McCoy, Rydberg, Van Gieson, James Noryian, and David Star | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 151 | Email between McCoy and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 152 | Emails between McCoy, Rydberg, Callahan | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 153 | Email between James Noryian and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 154 | Email between James Noryian and Kevin Meeks | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 155 | Email between Rydberg, James Noryian, and McCoy | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 156 | Email between Loredo, Rydberg, McCoy, and Heather Scott | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| | Email between Rydberg and | Authenticity (FRE 901) |

| | | |
|---|---|---|
| 157 | McCoy | Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 158 | Email between Rydberg and McCoy | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 159 | Email between Rydberg and McCoy | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 160 | Email between James Noryian, McCoy, and Callahan | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 161 | Email between Rydberg and McCoy | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 162 | Email between Rydberg and McCoy | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 163 | Email between McCoy and James Cooper | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 164 | Email between McCoy and Vasseur | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 165 | Email between Rydberg, Sager, James Noryian, and McCoy | |
| 166 | Email between Rydberg and Rachel Bubela | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 167 | Email between McCoy and Wally Jones | |
| 168 | Email between James Noryian, McCoy, and Callahan | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 169 | Email between McCoy and Ali Alavi | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |

| | | |
|---|---|---|
| 170 | Email between McCoy and Ali Alavi | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 171 | Email between McCoy and Chris Shah | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 172 | Email between Ritter, McCoy, Rydberg, and James Noryian | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 173 | Email between Ritter, McCoy, Rydberg, and James Noryian | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 174 | Email between Ritter, McCoy, Rydberg, and James Noryian | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 175 | Email between Rydberg, Ritter, and McCoy | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 176 | Email between Ritter and McCoy | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 177 | Email between Ritter and McCoy | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 178 | Email between McCoy and Mike Benson | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 179 | Email between McCoy and Sumerour | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 180 | Email between McCoy and Sumerour | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 181 | Email between McCoy and Williams | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802) |

| | | |
|---|---|---|
| | | Lack of Foundation (FRE 602) |
| 182 | Email between McCoy and Sager | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 183 | Email between McCoy and Benson | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 184 | New Loan Application | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 185 | Email between Rydberg, McCoy, and Ritter | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 187 | Email between Ritter and Rydberg | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 188 | Email between Ritter and Rydberg | |
| 189 | Email between Ritter and Rydberg | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 190 | Email between Alavi, Ritter, and Rydberg | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 191 | Email between Ritter and Rydberg | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 192 | Email between Ritter and Rydberg | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 193 | Email between Ritter and Rydberg | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 194 | Email between Ritter and Rydberg | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 195 | Email between Ritter and Rydberg | Authenticity (FRE 901) |

|  |  | Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
|---|---|---|
| 196 | Email between Ritter and Rydberg | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 197 | Email between Rydberg, Salaudeen Olatunji, James Noryian, Ritter | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 198 | Email between Ritter and Rydberg | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 199 | Email between Rydberg, Ritter, and James Noryian | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 200 | Email between Rydberg and Callahan | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 201 | Email between Ritter and Rydberg | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 202 | Email between Ritter and Rydberg | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 203 | Email between James Noryian, McCoy, and Zamanian | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 204 | Email between James Noryian, McCoy, and Zamanian | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 205 | Emails between Rydberg and Zamanian | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |
| 206 | Emails between Rydberg and Zamanian | Authenticity (FRE 901) Relevance (FRE 402) Hearsay (FRE 802) Lack of Foundation (FRE 602) |

| | | |
|---|---|---|
| 207 | Email between Rydberg and Fayyazi | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 208 | USPS-OIG Cellebrite Report of Robert Van Gieson's iPad | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 209 | RESERVED | |
| 210 | RESERVED | |
| 211 | RESERVED | |
| 212 | RESERVED | |
| 213 | RESERVED | |
| 214 | RESERVED | |
| 215 | RESERVED | |
| 216 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 217 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 218 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 219 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 220 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 221 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 222 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 223 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |

| | | |
|---|---|---|
| 224 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 225 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 226 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 227 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 228 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 229 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 230 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 231 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 232 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 233 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 234 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 235 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802) |

| | | |
|---|---|---|
| | | Lack of Foundation (FRE 602) |
| 236 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 237 | Handwritten Notes | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 238 | Email between Matt Arber and James Noryian | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 239 | Email between Arber and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 240 | Email between Arber and Rydberg | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 241 | Scottrade Application | Authenticity (FRE 901)<br>Relevance (FRE 402)<br>Hearsay (FRE 802)<br>Lack of Foundation (FRE 602) |
| 242 | Invoice for Taba office remodel | |
| 243 | Invoice for Taba house project | |
| 244 | Email between Van Gieson, Taba, and St Clair | |
| 245 | Email between Van Gieson, Taba, and St Clair | |
| 246 | Email between Van Gieson, Taba, and St Clair | |
| 247 | Email between Van Gieson and St Clair | |
| 248 | Email between Van Gieson and St Clair | |
| 249 | Promissory Note | |
| 250 | Refreshed JPMorgan Chase Bank Accounts of Michael Taba | Relevance (FRE 402) |
| 251 | Chase Account Ending in 5614 of Michael Taba | Relevance (FRE 402) |
| 252 | Promissory Notes | |
| 253 | Sample check for Wells Fargo account ending in 2415 in the name of Robert Ritter | |
| 254 | Sample check for Wells Fargo account ending in 2415 in the | |

| | |
|---|---|
| name of Robert Ritter with Christopher Rydberg added as signatory | |

Respectfully submitted,

*/s/ Jeff Kearney*
JEFF KEARNEY
Texas Bar Number: 11139500
CATHERINE STANLEY
Texas Bar Number: 24110542
KEARNEY LAW FIRM
One Museum Place
3100 West 7th Street, Suite 420
Fort Worth, Texas 76107
jkearney@kearneylawfirm.com
cstanley@kearneylawfirm.com
Phone: 8l7-336-5600
Fax: 817-336-5610

### CERTIFICATE OF SERVICE

I hereby certify this filing was electronically filed, and Assistant United States Ethan Womble, Andrew Pogozelski, and Edward Emokpae were electronically served via this Court's Electronic Filing System on the day of filing.

*/s/ Jeff Kearney*
JEFF KEARNEY