IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> JAMSHID NORYIAN            (1) <br>   a.k.a JAMES NORYIAN <br> DEHSHID NOURIAN            (2) <br>   a.k.a DAVID NOURIAN <br> CHRISTOPHER RYDBERG   (3) <br> MICHAEL TABA                    (7) | NO. 3:17-cr-00155-L |

### DEFENDANT JAMSHID "JAMES" NORYIAN'S (1) OBJECTIONS TO DR. MICHAEL TABA'S (7) EXHIBITS

Defendant Jamshid "James" Noryian through undersigned counsel is required to submit objections to Michael Taba's exhibits pursuant to the Scheduling Order entered by the Court. (ECF No. 540). As of the time of filing, Defense Counsel has not received copies of Defendant Dr. Michael Taba's (07) exhibits. Accordingly, Mr. Noryian does not currently have any objections to Dr. Michael Taba's exhibits. However, Mr. Noryian does not waive any objections to any of Dr. Michael Taba's exhibits as Defense Counsel has not received or reviewed Dr. Michael Taba's exhibits. Defense Counsel intends to file any objections to these exhibits after receiving copies from Dr. Taba's Defense Counsel.

Respectfully submitted,

*/s/ Jeff Kearney*
JEFF KEARNEY
Texas Bar Number: 11139500
CATHERINE STANLEY
Texas Bar Number: 24110542
KEARNEY LAW FIRM
One Museum Place
3100 West 7th Street, Suite 420
Fort Worth, Texas 76107
jkearney@kearneylawfirm.com
cstanley@kearneylawfirm.com
Phone: 8l7-336-5600
Fax: 817-336-5610

## CERTIFICATE OF SERVICE

I hereby certify this filing was electronically filed, and Assistant United States Ethan Womble, Andrew Pogozelski, and Edward Emokpae were electronically served via this Court's Electronic Filing System on the day of filing.

*/s/ Jeff Kearney*
JEFF KEARNEY